**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Cowtown Bus Charters, Inc.** |
| 2. | All other names debtor used in the last 8 years <br><br> Include any assumed names, trade names and *doing business as* names | **aka Cowtown Transportation Company LLC; fka Cowtown Charters** |
| 3. | Debtor's federal Employer Identification Number (EIN) | __7_ _5_ – _2_ _3_ _4_ _1_ _0_ _9_ _7_ |

4. Debtor's address

**Principal place of business**

**5504 Forest Hill Drive**
Number     Street

_____

**Fort Worth          TX     76119**
City          State     ZIP Code

**Tarrant**
County

**Mailing address, if different from principal place of business**

_____
Number     Street

_____
P.O. Box

_____
City          State     ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number     Street

_____

_____
City          State     ZIP Code

5. Debtor's website (URL)    **www.cowtowncharters.com**

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 1

Debtor **Cowtown Bus Charters, Inc.**                                          Case number (if known) _____

| | |
|---|---|
| **7.** **Describe debtor's business** | **A.** *Check one:* |

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ☑ None of the above

**B.** *Check all that apply:*

    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

    **4**  **8**  **5**  **5**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

    ☐ Chapter 7

    ☐ Chapter 9

    ☑ Chapter 11. *Check all that apply:*

        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

Debtor **Cowtown Bus Charters, Inc.**_____     Case number (if known) _____

| | | |
|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br><br>☐ Yes. District _____ When _____ Case number _____<br> MM / DD / YYYY<br><br>District _____ When _____ Case number _____<br> MM / DD / YYYY<br><br>District _____ When _____ Case number _____<br> MM / DD / YYYY |
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br><br>☐ Yes. Debtor _____ Relationship _____<br><br>District _____ When _____<br> MM / DD / YYYY<br>Case number, if known _____<br><br>Debtor _____ Relationship _____<br><br>District _____ When _____<br> MM / DD / YYYY<br>Case number, if known _____ |
| 11. | **Why is the case filed in this district?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

Official Form 201             **Voluntary Petition for Non-Individuals Filing for Bankruptcy**             page 3

Debtor **Cowtown Bus Charters, Inc.**_____   Case number (if known) _____

| | | |
|---|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
Number      Street

_____

_____
City                                   State      ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency   _____

Contact name   _____

Phone   _____

---

### ▮ Statistical and adminstrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 4

Debtor __Cowtown Bus Charters, Inc._____ Case number (if known) _____

| | |
|---|---|
| ███ | **Request for Relief, Declaration, and Signatures** |

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/06/2024
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Brenda Cross**
Printed name

**President and Director**
Title

**18. Signature of attorney**

X  */s/Mark J. Petrocchi*_____ Date  09/06/2024
Signature of attorney for debtor                   MM / DD / YYYY

**Mark J. Petrocchi**
Printed name

**Griffith, Jay & Michel, LLP**
Firm name

**2200 Forest Park Blvd.**
Number        Street

**Fort Worth**                                   **TX**          **76110**
City                                                       State          ZIP Code

**(817) 926-2500**                              **mpetrocchi@lawgjm.com**
Contact phone                                     Email address

**15851750**                                    **TX**
Bar number                                          State

## CORPORATE RESOLUTION

The undersigned shareholders, directors, and officers of Cowtown Bus Charters, Inc., (the "Company"), do hereby certify that at a meeting of the shareholders and directors of the Corporation was duly called and held on the ___5th___ day of ___Sept.___, 2024. The following resolutions were adopted and recorded after full consideration on the matters to which the resolution applies, and they have not been modified or rescinded, and are still in full force and effect.  Notice of the meeting was sufficient in all respects for purposes of the Corporation management agreement and all Texas Statutes.

"RESOLVED, as the managers of the Corporation that notice of this meeting is approved by all managers and all notices and formal items related to this meeting are waived by the managers;

"RESOLVED, that in the judgment of the managers of the Company, it is desirable and in the best interests of the Cowtown Bus Charters, Inc., its creditors, members and other interested parties, that a petition be filed by the Corporation seeking relief under the provisions of Chapter 11, title 11 of the United States Code (the "Bankruptcy Code"); and it is

"FURTHER RESOLVED, that Brenda Pippin Cross is hereby authorized to execute and verify such petition and all other documents associated therewith and cause the same to be filed, and to take such other action as is appropriate or necessary to seek relief under Chapter 11 of the Bankruptcy Code, and that the execution and verification of the petition is hereby ratified and adopted; and it is

"FURTHER RESOLVED, that the Cowtown Bus Charters, Inc. shall retain and employ all assistance by legal counsel or otherwise as deemed necessary and proper to secure for the benefit of the Cowtown Bus Charters, Inc. any and all relief to which it may be entitled under Chapter 11 of the Bankruptcy Code; and the Cowtown Bus Charters, Inc. shall engage and continue the engagement of Griffith, Jay & Michel, L.L.P. as legal counsel in connection with the restructuring, potential recapitalization, and potential Chapter 11 proceeding of the Corporation and to pay a retainer to be agreed upon by such managers of the Company; and it is

"RESOLVED, that the managers recognize and understands that Griffith, Jay & Michel, L.L.P. is not authorized to represent the members and managers in any capacity and that the members and managers are advised to retain separate legal counsel related to this matter;"

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Corporation on this the 5th day of ~~August~~ September 2024.

By: _____
Brenda Pippin Cross,
As Vice President of Cowtown Bus Charters, Inc.

By: _____
Brenda Pippin Cross,
100% shareholder

Corporate Resolution                                                                 Page 2 of 2

# Cowtown Bus Charters

## Balance Sheet

### As of August 22, 2024

| | TOTAL |
|---|---|
| ASSETS | |
| Current Assets | |
| Bank Accounts | |
| 195 Comdata Fuel | 7,079.25 |
| 206 Ciera Bank - Main | 51,776.27 |
| 209 Ciera Bank - Debit Acct. | 951.50 |
| 2287 Cadence Bank Main | 10,000.00 |
| 2288 Cadence Bank Debit | 2,000.00 |
| **Total Bank Accounts** | **$71,807.02** |
| Accounts Receivable | |
| 2010 Accounts Recievable | 27,552.62 |
| **Total Accounts Receivable** | **$27,552.62** |
| Other Current Assets | |
| 1525 Inventory | 304,030.95 |
| 1526 fuel tank | 42,852.00 |
| **Total 1525 Inventory** | **346,882.95** |
| **Total Other Current Assets** | **$346,882.95** |
| **Total Current Assets** | **$446,242.59** |
| Fixed Assets | |
| 11000 Assets | 4,096.93 |
| 11100 BUS | |
| 178911 Buses 108 109 111 | 256,776.84 |
| 300 BUS 105 | 295,467.82 |
| 303 MONTANA (deleted) | 27,173.90 |
| 3051 Bus 104 A | 306,297.00 |
| 306 BUS 106 | 297,366.26 |
| 4071 Bus 121 A | 494,632.85 |
| 408 Bus 122 | 432,025.00 |
| 4100 Bus 102a | 279,125.09 |
| 4117 Bus 206 | 8,000.00 |
| 4123 Bus 123 Acquired Nov 2016 | 539,900.00 |
| 420162 Bus 201 E | 399,060.00 |
| 4203 Bus 207 | 69,500.00 |
| 420301 Chrysler Jeep 2018 | 34,623.60 |
| **Total 11100 BUS** | **3,439,948.36** |
| 11200 Building and Improvements | 716,105.34 |
| 11250 Office Furnishings | 1,566.27 |
| 11260 Equipment | 478,171.49 |

# Cowtown Bus Charters

## Balance Sheet

### As of August 22, 2024

|  | TOTAL |
|---|---:|
| 11500 Parking lot and Improvements | 334,311.96 |
| 11600 computers | 50,130.41 |
| 11750 Bus Improvements | 2,226,849.81 |
| 11800 Solar Equipment | 539,110.17 |
| 218 Land | 90,937.00 |
| 399 Accumulated Depreciation | -8,599,355.35 |
| **Total 11000 Assets** | **-718,127.61** |
| Desks 2023 (2 desks) | 1,206.99 |
| Flood Expenses 2019 | 1,306,749.03 |
| Flood Expenses 2020 | 130,043.00 |
| Fuel Tank 2021 | 2,789.06 |
| Sprinter Van | 18,989.00 |
| **Total Fixed Assets** | **$741,649.47** |
| Other Assets | |
| 12200 Loan Fees | 0.00 |
| 2017 Loan Costs Refi April 2017 | 75,150.46 |
| 2018 Business Backer Loan Fees 2018 | 39,000.00 |
| **Total 12200 Loan Fees** | **114,150.46** |
| 3999 Accumulated Amortization | -64,910.46 |
| **Total Other Assets** | **$49,240.00** |
| **TOTAL ASSETS** | **$1,237,132.06** |
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 12300 Accounts Payable | 37,359.69 |
| **Total Accounts Payable** | **$37,359.69** |
| Credit Cards | |
| 12500 Credit cards | 0.00 |
| 2061 Citibank Plat Sel AAdvantage | 16,796.32 |
| 2074 Chase | 58,968.18 |
| 2083 Discover | 6,802.03 |
| **Total 12500 Credit cards** | **82,566.53** |
| **Total Credit Cards** | **$82,566.53** |
| Other Current Liabilities | |
| 12700 Payroll Liabilitiesxxx | 0.00 |
| 2110 FUTAxxx | 205.56 |
| 2130 Texas Unemploymentxxx | 804.39 |

# Cowtown Bus Charters

## Balance Sheet

### As of August 22, 2024

| | TOTAL |
|---|---|
| **Total 12700 Payroll Liabilitiesxxx** | **1,009.95** |
| 12775 Prepaid Charter Service | 71,030.11 |
| Credit card advances | 52,689.04 |
| Payroll Liabilities | |
| 0013076471231-553958-14 | 81.73 |
| 401k co match {3} | -213.95 |
| 401k Co. Roth Match {4} | -728.36 |
| 401k Emp. Roth {4} | -1,116.23 |
| 401k Emp. {3} | 213.95 |
| 401k Roth | 1,844.59 |
| Child Support - LS | 255.23 |
| Federal Unemployment (940) | 235.69 |
| Insurance (self) health | 1,205.88 |
| TX Unemployment Tax | 65.34 |
| Uniform Shirts | 23.27 |
| **Total Payroll Liabilities** | **1,867.14** |
| **Total Other Current Liabilities** | **$126,596.24** |
| **Total Current Liabilities** | **$246,522.46** |
| Long-Term Liabilities | |
| 13000 Long Term Liabilities | 0.00 |
| 12813 loan bcross | 119,000.00 |
| 201181 TCF Bus 121 | 322,224.82 |
| 20171 First Savings Bank Mortgage | 287,335.73 |
| 2199018 SBA disaster Loan 8% Nov 2018 | 1,425,343.00 |
| 2199022 SBA EIDL 2022 | 1,940,888.00 |
| **Total 13000 Long Term Liabilities** | **4,094,791.55** |
| PPP Loan 2 not forgiven | 29,171.00 |
| **Total Long-Term Liabilities** | **$4,123,962.55** |
| **Total Liabilities** | **$4,370,485.01** |
| Equity | |
| 14000 Retained Earnings | -3,199,071.61 |
| 14500 Capital Stock | 1,000.00 |
| Net Income | 64,718.66 |
| **Total Equity** | **$ -3,133,352.95** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,237,132.06** |

# Cowtown Bus Charters

## Statement of Cash Flows

### January 1 - August 22, 2024

| | TOTAL |
|---|---:|
| OPERATING ACTIVITIES | |
| Net Income | 64,718.66 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| 2010 Accounts Recievable | 11,857.17 |
| 1520 Clearing acct | 1,952.82 |
| 1525 Inventory | -4,030.95 |
| 1526 Inventory:fuel tank | -33,679.57 |
| 12300 Accounts Payable | -402.57 |
| 2055 Credit cards:CitiBusiness Platinum (deleted) | -109.66 |
| 2061 Credit cards:Citibank Plat Sel AAdvantage | -402.24 |
| 2074 Credit cards:Chase | 17,112.08 |
| 2083 Credit cards:Discover | 4,782.51 |
| 2090 Credit cards:amex car acct | -355.34 |
| 12775 Prepaid Charter Service | -84,870.73 |
| 2110 Payroll Liabilitiesxxx:FUTAxxx | 58.26 |
| 2135 Payroll Liabilitiesxxx:Child Supportxxx | -255.23 |
| Credit card advances | 52,689.04 |
| Payroll Liabilities:0013076471231-553958-14 | 81.73 |
| Payroll Liabilities:401k co match {3} | -213.95 |
| Payroll Liabilities:401k Co. Roth Match {4} | -728.36 |
| Payroll Liabilities:401k Emp. Roth {4} | -1,116.23 |
| Payroll Liabilities:401k Emp. {3} | 213.95 |
| Payroll Liabilities:401k Roth | 1,844.59 |
| Payroll Liabilities:Child Support - LS | 255.23 |
| Payroll Liabilities:Federal Unemployment (940) | 235.69 |
| Payroll Liabilities:Insurance (self) health | 1,205.88 |
| Payroll Liabilities:TX Unemployment Tax | 65.34 |
| Payroll Liabilities:Uniform Shirts | 23.27 |
| Repayment:401K Loan | -44.43 |
| Repayment:employee advance repayment | -500.00 |
| Repayment:Loan Repayment | -247.98 |
| Repayment:Rita Brown 401K loan repayment | -110.38 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **-34,690.06** |
| **Net cash provided by operating activities** | **$30,028.60** |
| INVESTING ACTIVITIES | |
| 399 Assets:Accumulated Depreciation | 103,005.35 |
| Ford F650 Truck | 21,718.85 |
| 3999 Accumulated Amortization | 5,619.46 |
| **Net cash provided by investing activities** | **$130,343.66** |
| FINANCING ACTIVITIES | |
| 12813 Long Term Liabilities:loan bcross | 11,500.00 |
| 201181 Long Term Liabilities:TCF Bus 121 | -51,768.29 |
| 2199018 Long Term Liabilities:SBA disaster Loan 8% Nov 2018 | -32,557.00 |
| 2199022 Long Term Liabilities:SBA EIDL 2022 | -59,112.00 |

# Cowtown Bus Charters

## Statement of Cash Flows

January 1 - August 22, 2024

| | TOTAL |
|---|---:|
| Loan Ciera Bank Ford F650 | -14,175.45 |
| PPP Loan 2 not forgiven | -12,612.39 |
| **Net cash provided by financing activities** | **$ -158,725.13** |
| NET CASH INCREASE FOR PERIOD | **$1,647.13** |
| Cash at beginning of period | 70,159.89 |
| CASH AT END OF PERIOD | **$71,807.02** |

# Cowtown Bus Charters

## Profit and Loss by Month

January 1 - August 22, 2024

| | JAN 2024 | FEB 2024 | MAR 2024 | APR 2024 | MAY 2024 | JUN 2024 | JUL 2024 | AUG 1-22, 2024 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | |
| 15500 Shop Sales | | | 2,500.00 | | | | | | $2,500.00 |
| 4050 Sales | 247,577.39 | 287,208.68 | 268,045.15 | 563,674.82 | 492,562.45 | 383,538.53 | 299,956.25 | 122,346.68 | $2,664,909.95 |
| **Total Income** | **$247,577.39** | **$287,208.68** | **$270,545.15** | **$563,674.82** | **$492,562.45** | **$383,538.53** | **$299,956.25** | **$122,346.68** | **$2,667,409.95** |
| **Cost of Goods Sold** | | | | | | | | | |
| 16000 Charter Costs | | | | | | | | | $0.00 |
| 4151 Credit Card Discount | 1,120.35 | 2,100.80 | 2,135.10 | 2,460.47 | 2,620.27 | 2,344.89 | 1,975.75 | 4,129.74 | $18,887.37 |
| 4152 Driver Uniforms | | | 145.60 | | | | 67.33 | | $212.93 |
| 4153 Customer Refund | | | 1,232.00 | | | | | | $1,232.00 |
| 4154 Fuel Bus | 2,836.74 | 1,267.42 | 5,911.03 | 5,151.79 | 26,033.47 | 142,800.43 | 15,086.07 | 594.48 | $199,681.43 |
| 4155 Farm Out | | 5,817.00 | 825.00 | 13,775.00 | 6,599.25 | | 22,072.50 | | $49,088.75 |
| 4156 Fuel Tax | | | | | 44.21 | | | | $44.21 |
| 4157 Hotel , Park,Car,Plane | 6,795.70 | 2,354.77 | 4,016.13 | 3,914.73 | 16,378.84 | 5,706.00 | 5,343.38 | 583.27 | $45,092.82 |
| 4159 Meals | 2,083.00 | 5,481.70 | 10,807.64 | 6,700.13 | 8,298.72 | 3,089.49 | 3,714.51 | 737.74 | $40,912.93 |
| 4160 Other | 77.51 | | | | | -40.00 | | | $37.51 |
| 607 Tire Expense | 7,799.09 | 8,990.42 | | 9,791.71 | 8,579.00 | | | 5,956.67 | $41,116.89 |
| 618 Bus Driver Wages | | 1,000.00 | 109,397.90 | 65,578.17 | 65,196.20 | 66,616.72 | 51,993.15 | 27,674.69 | $387,456.83 |
| 4162 Driver commission | 5,052.07 | 19,063.17 | | | | | 237.34 | | $24,352.58 |
| **Total 618 Bus Driver Wages** | **5,052.07** | **20,063.17** | **109,397.90** | **65,578.17** | **65,196.20** | **66,616.72** | **52,230.49** | **27,674.69** | **$411,809.41** |
| **Total 16000 Charter Costs** | **25,764.46** | **46,075.28** | **134,470.40** | **107,372.00** | **133,749.96** | **220,517.53** | **100,490.03** | **39,676.59** | **$808,116.25** |
| **Total Cost of Goods Sold** | **$25,764.46** | **$46,075.28** | **$134,470.40** | **$107,372.00** | **$133,749.96** | **$220,517.53** | **$100,490.03** | **$39,676.59** | **$808,116.25** |
| **GROSS PROFIT** | **$221,812.93** | **$241,133.40** | **$136,074.75** | **$456,302.82** | **$358,812.49** | **$163,021.00** | **$199,466.22** | **$82,670.09** | **$1,859,293.70** |
| **Expenses** | | | | | | | | | |
| 17000 Shop Expenses | | | | | | | | | $0.00 |
| 4211 Mechanic Labor | 8,072.40 | 8,305.73 | 13,048.25 | 8,249.01 | 8,751.68 | 8,928.02 | 7,273.79 | 4,946.96 | $67,575.84 |
| 4212 Shop Supplies-Consumable | | | | | 1,446.09 | | | | $1,446.09 |
| 4213 Uniforms | 253.32 | 327.64 | 332.23 | 525.14 | 322.00 | 86.77 | 320.52 | 64.40 | $2,232.02 |
| 4214 Labor Maintenance other | 9,371.89 | 12,104.35 | 12,936.45 | 7,024.86 | 25,519.99 | 3,219.14 | 6,470.00 | 1,766.59 | $78,413.27 |
| 4217 Other x | 380.00 | | 679.93 | | 719.68 | | | | $1,779.61 |
| 602 Preventative Maintenance | 4,980.79 | 257.09 | | 4,919.43 | 727.18 | 6,940.25 | 85.50 | -727.18 | $17,183.06 |
| 604 Parts | 17,803.96 | 12,442.49 | 12,089.15 | 15,900.23 | 21,726.59 | 12,597.47 | 17,604.20 | 5,575.79 | $115,739.88 |
| 669 Small Tool Expense | | 64.94 | | | | | | | $64.94 |
| **Total 17000 Shop Expenses** | **40,862.36** | **33,502.24** | **39,086.01** | **36,618.67** | **59,213.21** | **31,771.65** | **31,754.01** | **11,626.56** | **$284,434.71** |

# Cowtown Bus Charters

## Profit and Loss by Month

January 1 - August 22, 2024

| | JAN 2024 | FEB 2024 | MAR 2024 | APR 2024 | MAY 2024 | JUN 2024 | JUL 2024 | AUG 1-22, 2024 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 17100 Office administration | | | | | | | | | $0.00 |
| 4505 Administration Salary | 18,414.30 | 18,192.30 | 27,288.45 | 13,961.53 | 14,730.76 | 14,730.76 | 14,730.76 | 14,730.76 | $136,779.62 |
| 4510 Office labor | 26,588.80 | 12,363.49 | 18,124.67 | 9,367.99 | 10,529.24 | 9,372.04 | 8,799.54 | 8,400.54 | $103,546.31 |
| 4530 purchase | | 891.67 | 116.07 | | | | | | $1,007.74 |
| 4550 Late Charges | | | | | | | 369.27 | | $369.27 |
| 6570 Vacation Payroll Expenses | 1,000.00 | 1,000.00 | | | | | | | $2,000.00 |
| **Total 17100 Office administration** | **46,003.10** | **32,447.46** | **45,529.19** | **23,329.52** | **25,260.00** | **24,102.80** | **23,899.57** | **23,131.30** | **$243,702.94** |
| 17200 Cleanup | | | | | | | | | $0.00 |
| 4605 Consummables | 687.74 | 895.23 | 3,812.07 | 871.86 | 1,749.29 | 1,161.72 | 761.49 | | $9,939.40 |
| 4610 Equipment | 90.71 | | 285.18 | | | | | | $375.89 |
| 4615 Labor | 6,295.51 | 7,290.13 | 11,505.46 | 8,075.04 | 8,197.51 | 6,102.71 | 6,474.58 | 4,470.59 | $58,411.53 |
| 4620 Services | 772.43 | 1,624.93 | 2,910.20 | 1,427.70 | 1,642.70 | 997.70 | 1,488.10 | 567.70 | $11,431.46 |
| **Total 17200 Cleanup** | **7,846.39** | **9,810.29** | **18,512.91** | **10,374.60** | **11,589.50** | **8,262.13** | **8,724.17** | **5,038.29** | **$80,158.28** |
| 17300 Equipment  lease building | | | | | | | | | $0.00 |
| 6171 Equipment Lease | 54,973.66 | 54,973.66 | 54,973.66 | 47,864.30 | 41,383.84 | 75,672.84 | 41,383.84 | 0.00 | $371,225.80 |
| **Total 17300 Equipment  lease building** | **54,973.66** | **54,973.66** | **54,973.66** | **47,864.30** | **41,383.84** | **75,672.84** | **41,383.84** | **0.00** | **$371,225.80** |
| 17400 Bank Service Charges | 546.80 | 398.77 | 349.68 | 1,275.07 | 379.42 | 312.08 | 321.91 | 30.00 | $3,613.73 |
| 17500 Insurance | | | | 12,073.00 | | | 2,276.20 | | $14,349.20 |
| 6181 Bus Ins | 40,000.00 | 55,962.72 | | 60,107.00 | 40,318.19 | 40,000.00 | 33,473.24 | | $269,861.15 |
| 6182 Vehicle Ins Other | 375.80 | 574.20 | 574.20 | 574.20 | 555.44 | 596.23 | 641.13 | | $3,891.20 |
| 6186 Life | 961.15 | 1,248.21 | 1,558.35 | 1,038.95 | 1,288.85 | 1,559.98 | 1,270.88 | 537.24 | $9,463.61 |
| 6197 Employee Health Ins. | 6,028.12 | 6,028.12 | 6,028.12 | 6,028.12 | 6,028.12 | 1,142.65 | 6,028.12 | 6,028.12 | $43,339.49 |
| 6198 Building-Content | 1,086.20 | 1,148.96 | 1,148.96 | 1,228.57 | 1,148.96 | 366.41 | 366.41 | 366.41 | $6,860.88 |
| **Total 17500 Insurance** | **48,451.27** | **64,962.21** | **9,309.63** | **81,049.84** | **49,339.56** | **43,665.27** | **44,055.98** | **6,931.77** | **$347,765.53** |
| 17600 Interest Expense | | | | | | | | | $0.00 |
| 6210 Finance Charge | 870.10 | 924.79 | 857.33 | 909.22 | 895.25 | 992.40 | 1,033.34 | 1,118.74 | $7,601.17 |
| 6215 Mortgage | | | | | | | | | $0.00 |
| 6220 Loan Interest | 6,983.46 | 899.50 | 6,995.62 | 899.50 | 3,955.27 | -3,576.73 | 7,918.84 | | $24,075.46 |
| **Total 17600 Interest Expense** | **7,853.56** | **1,824.29** | **7,852.95** | **1,808.72** | **4,850.52** | **-2,584.33** | **8,952.18** | **1,118.74** | **$31,676.63** |
| 17700 Professional Fees | | | | | | | | | $0.00 |
| 6280 Legal Fees | | | | | | | 2,723.91 | 30,000.00 | $32,723.91 |
| 6285 Accounting | | | 5,712.50 | | | | | | $5,712.50 |
| **Total 17700 Professional Fees** | | | **5,712.50** | | | | **2,723.91** | **30,000.00** | **$38,436.41** |

# Cowtown Bus Charters

### Profit and Loss by Month

January 1 - August 22, 2024

| | JAN 2024 | FEB 2024 | MAR 2024 | APR 2024 | MAY 2024 | JUN 2024 | JUL 2024 | AUG 1-22, 2024 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 17900 Telephone | 53.36 | 1,439.67 | | 750.90 | 726.38 | 719.65 | 730.44 | 976.29 | $5,396.69 |
| 6341 cellphones | 2,197.50 | 2,197.50 | | 4,395.00 | 2,197.45 | 2,312.41 | | | $13,299.86 |
| 6344 XM | 1,513.15 | 290.99 | 752.75 | 54.31 | 2,975.89 | 169.23 | 54.31 | | $5,810.63 |
| **Total 17900 Telephone** | **3,764.01** | **3,928.16** | **752.75** | **5,200.21** | **5,899.72** | **3,201.29** | **784.75** | **976.29** | **$24,507.18** |
| 18000 Travel & Ent | | | | | | | | | $0.00 |
| 6370 Meals | | | 107.77 | | | | | 25.50 | $133.27 |
| 6380 Travel | | | 2,834.74 | | | | | | $2,834.74 |
| **Total 18000 Travel & Ent** | | | **2,942.51** | | | | | **25.50** | **$2,968.01** |
| 18100 Utilities | | | | | | | | | $0.00 |
| 6400 Gas and Electric | 522.38 | 603.54 | 378.68 | 439.10 | 403.44 | 12.86 | 1,121.35 | | $3,481.35 |
| 6410 Water | 506.76 | 386.35 | 630.12 | 300.83 | | 476.55 | 328.86 | 300.83 | $2,930.30 |
| **Total 18100 Utilities** | **1,029.14** | **989.89** | **1,008.80** | **739.93** | **403.44** | **489.41** | **1,450.21** | **300.83** | **$6,411.65** |
| 18200 Office Expenses | | | | | | | | | $0.00 |
| 4560 Service | 1,024.87 | 3,980.99 | 3,359.15 | 3,009.43 | 4,685.31 | 1,104.95 | 2,498.12 | 816.00 | $20,478.82 |
| 4570 Safety | 3,266.86 | 5,126.68 | 2,418.46 | 3,493.78 | 3,263.44 | 3,045.88 | 2,587.85 | | $23,202.95 |
| 6160 Dues and Subscriptions | 47.50 | 13.86 | 52.15 | 44.50 | 1,018.38 | 70.50 | 35.50 | | $1,282.39 |
| 6230 Licenses and Permits | 6,565.55 | 362.56 | 98.90 | 692.91 | 1,612.58 | 116.56 | 1,947.91 | | $11,396.97 |
| 6250 Delivery | 65.98 | 69.35 | 278.92 | 172.51 | 368.25 | 72.65 | 202.97 | 31.35 | $1,261.98 |
| 6260 Printing and Reproduction | | | 151.12 | | 730.72 | 346.17 | 683.31 | | $1,911.32 |
| 6451 Dues & Subscription | | 386.96 | 2,312.71 | 2,506.31 | 1,904.98 | 6,407.17 | 805.75 | 639.00 | $14,962.88 |
| 6453 Postage | 40.00 | 60.00 | 207.01 | 100.00 | | | 116.86 | | $523.87 |
| 6454 Supplies | 383.72 | | 379.12 | | 792.56 | 901.67 | | | $2,457.07 |
| 6561 Computers etc. | 817.74 | 1,011.58 | 895.17 | 912.88 | 706.87 | 858.21 | 829.39 | 841.44 | $6,873.28 |
| 6562 Consummables | | | 18.07 | | | | | | $18.07 |
| 6680 Recruiting | 1,034.08 | 1,068.26 | 98.79 | 639.60 | 581.29 | | | | $3,422.02 |
| **Total 18200 Office Expenses** | **13,246.30** | **12,080.24** | **10,269.57** | **11,571.92** | **15,664.38** | **12,923.76** | **9,707.66** | **2,327.79** | **$87,791.62** |
| 19000 Depreciation | 17,437.17 | 17,437.17 | 17,437.17 | 17,437.17 | 17,437.17 | 17,437.17 | 17,321.33 | | $121,944.35 |
| 19900 Taxes | | | | | | | | | $0.00 |
| 6830 Federal | 4,960.52 | 6,131.98 | 13,707.71 | 7,951.08 | 8,249.87 | 8,336.72 | 7,166.00 | 4,902.61 | $61,406.49 |
| 6850 Property | | 4,512.67 | 12,278.78 | | | 16,442.84 | | | $33,234.29 |
| 6860 State | 416.25 | | | 604.50 | 9,587.65 | | | | $10,608.40 |
| 4254 Texas Unemployment | 228.97 | 250.08 | 350.57 | 45.34 | 16.81 | 34.65 | 47.75 | 17.57 | $991.74 |
| **Total 6860 State** | **645.22** | **250.08** | **350.57** | **649.84** | **9,604.46** | **34.65** | **47.75** | **17.57** | **$11,600.14** |

# Cowtown Bus Charters

## Profit and Loss by Month

### January 1 - August 22, 2024

| | JAN 2024 | FEB 2024 | MAR 2024 | APR 2024 | MAY 2024 | JUN 2024 | JUL 2024 | AUG 1-22, 2024 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 6870 Federal Unemployment | 384.94 | 370.70 | 412.21 | 27.56 | 9.33 | 59.37 | 81.94 | 18.09 | $1,364.14 |
| **Total 19900 Taxes** | **5,990.68** | **11,265.43** | **26,749.27** | **8,628.48** | **17,863.66** | **24,873.58** | **7,295.69** | **4,938.27** | **$107,605.06** |
| 6040 Amortization Expense | 802.78 | 802.78 | 802.78 | 802.78 | 802.78 | 802.78 | 802.78 | | $5,619.46 |
| Payroll Expenses | | | | | | | | | $0.00 |
| Company Contributions | | | | | | | | | $0.00 |
| Retirement | 1,075.02 | 1,202.38 | 2,598.63 | 1,514.61 | 1,542.77 | 5,846.57 | 1,310.11 | 942.31 | $16,032.40 |
| **Total Company Contributions** | **1,075.02** | **1,202.38** | **2,598.63** | **1,514.61** | **1,542.77** | **5,846.57** | **1,310.11** | **942.31** | **$16,032.40** |
| Wages | | | 1,197.55 | | 1,039.18 | 3,061.38 | 5,004.39 | 4,465.93 | $14,768.43 |
| Driver Hourly | | 13,859.00 | | | | | | | $13,859.00 |
| **Total Wages** | | **13,859.00** | **1,197.55** | | **1,039.18** | **3,061.38** | **5,004.39** | **4,465.93** | **$28,627.43** |
| **Total Payroll Expenses** | **1,075.02** | **15,061.38** | **3,796.18** | **1,514.61** | **2,581.95** | **8,907.95** | **6,314.50** | **5,408.24** | **$44,659.83** |
| Repairs Bus | | 5,847.76 | | 1,527.27 | | | | | $7,375.03 |
| RV Payments to Owner | 1,112.91 | 1,112.91 | 1,112.91 | | 1,112.91 | | | | $4,451.64 |
| **Total Expenses** | **$250,995.15** | **$266,444.64** | **$246,198.47** | **$249,743.09** | **$253,782.06** | **$249,838.38** | **$205,492.49** | **$91,853.58** | **$1,814,347.86** |
| **NET OPERATING INCOME** | **$ -29,182.22** | **$ -25,311.24** | **$ -110,123.72** | **$206,559.73** | **$105,030.43** | **$ -86,817.38** | **$ -6,026.27** | **$ -9,183.49** | **$44,945.84** |
| Other Income | | | | | | | | | |
| 21000 Other Income | | | | | | 6,045.88 | | | $6,045.88 |
| 7035 Excise Tax Refunds | 5,981.92 | | 4,778.41 | | 2,966.61 | | | | $13,726.94 |
| **Total 21000 Other Income** | **5,981.92** | | **4,778.41** | | **2,966.61** | **6,045.88** | | | **$19,772.82** |
| **Total Other Income** | **$5,981.92** | **$0.00** | **$4,778.41** | **$0.00** | **$2,966.61** | **$6,045.88** | **$0.00** | **$0.00** | **$19,772.82** |
| Other Expenses | | | | | | | | | |
| Reconciliation Discrepancies-1 | 0.00 | -157.65 | | 81.05 | | 76.60 | 0.00 | | $0.00 |
| **Total Other Expenses** | **$0.00** | **$ -157.65** | **$0.00** | **$81.05** | **$0.00** | **$76.60** | **$0.00** | **$0.00** | **$0.00** |
| **NET OTHER INCOME** | **$5,981.92** | **$157.65** | **$4,778.41** | **$ -81.05** | **$2,966.61** | **$5,969.28** | **$0.00** | **$0.00** | **$19,772.82** |
| **NET INCOME** | **$ -23,200.30** | **$ -25,153.59** | **$ -105,345.31** | **$206,478.68** | **$107,997.04** | **$ -80,848.10** | **$ -6,026.27** | **$ -9,183.49** | **$64,718.66** |