**Fill in this information to identify the case**

Debtor name **Cowtown Bus Charters, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) **24-43242-mxm11**

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Ciera Bank** | **Checking account** | 7 9 1 5 | **$60,598.37** |
| 3.2. | **Ciera Bank** | **Checking account** | 0 4 8 1 | **$10,601.75** |
| 3.3. | **Cadence Bank** | **Checking account** | 2 7 4 7 | **$9,762.74** |
| 3.4. | **Cadence Bank** | **Checking account** | 2 7 9 6 | **$2,000.00** |

4. **Other cash equivalents** *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$82,962.86**

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

09/19/2024 10:47:41am

| Debtor | **Cowtown Bus Charters, Inc.** | Case number (if known) | **24-43242-mxm11** |
|---|---|---|---|
| | Name | | |

**Current value of debtor's interest**

**7.   Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.   Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

**$0.00**

## Part 3:   Accounts receivable

**10.   Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes.  Fill in the information below.

**Current value of debtor's interest**

**11.   Accounts receivable**

11a.  90 days old or less:      **$6,242.99**       –       **$0.00**       = ..............➔      **$6,242.99**
                                       face amount                   doubtful or uncollectible accounts

11b.  Over 90 days old:      **$0.00**       –       **$0.00**       = ..............➔      **$0.00**
                                       face amount                   doubtful or uncollectible accounts

**12.   Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$6,242.99**

## Part 4:   Investments

**13.   Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.   Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.   Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                                    % of ownership:

**16.   Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.   Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

**$0.00**

## Part 5:   Inventory, excluding agriculture assets

**18.   Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☒ Yes.  Fill in the information below.

Page: 1

# Cowtown Charters

Printed on 9/10/2024 at 10:36

## Receivables Aging Report (excludes Credits)

### All Garages

### As of September 06, 2024. By Departure Date.

| Customer | < 30 | 30 to 60 | 60 to 90 | Over 90 | Total |
|---|---|---|---|---|---|
| Fort Worth Academy | 773.85 | 0.00 | 0.00 | 0.00 | 773.85 |
| Garland ISD | 0.00 | 3,827.26 | 0.00 | 0.00 | 3,827.26 |
| Production Transport Nevada, 1 | 920.00 | 0.00 | 0.00 | 0.00 | 920.00 |
| UTA College of Business | 721.88 | 0.00 | 0.00 | 0.00 | 721.88 |
| | 2,415.73 | 3,827.26 | 0.00 | 0.00 | 6,242.99 |

**Total Receivables: 6,242.99**

Debtor  **Cowtown Bus Charters, Inc.**                                    Case number (if known) __**24-43242-mxm11**__
        Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |
| parts and supplies | | | estimated by shop mecha | $75,000.00 |

**23. Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.                                                $75,000.00

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.                                                $0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

| Debtor | Cowtown Bus Charters, Inc. | Case number (if known) | 24-43242-mxm11 |
|---|---|---|---|
| | Name | | |

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

### Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| miscellaneous furniture | | office liquidator | $4,000.00 |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                                                                 | $4,000.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

### Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **102a 2009 Van HoolWC** | | yahoo search | $45,000.00 |
| 47.2. **104 2001 Vanhool** | | weselllimos.com | $35,995.00 |
| 47.3. **105 2008 Vanhool** | | yahoo search | $45,000.00 |
| 47.4. **106 2008 VanHool** | | yahoo search | $45,000.00 |
| 47.5. **109 2008 Van HoolWC** | | yahoo search | $45,000.00 |
| 47.6. **111 2008 Van Hool** | | yahoo search | $45,000.00 |
| 47.7. **122 2008 Van Hool** | | yahoo search | $45,000.00 |
| 47.8. **206A 2016 Ford Ameritrans** | | cheapshuttlebuses.com | $15,000.00 |
| 47.9. **207 2012 GLAVAL** | | commercialtrucktrader.c | $14,900.00 |

---

Official Form 206A/B                    **Schedule A/B: Assets -- Real and Personal Property**                    page 4

* Item is included in UBIA
for Section 199A calculations.
See "UBIA" in lower right corner.

# Depreciation Detail Listing
**FORM 1120**
(This page is not filed with the return. It is for your records only.)

**2023**
PAGE 1

Name(s) as shown on return: **Cowtown Bus Charters**

Social security number/EIN: **75-2341097**

| No. | Description | Date | Cost | Basis Adjustment | Business percentage | Section 179 | Bonus depreciation | Depreciable Basis | Life | Method | Rate | Prior Depreciation | Current Depreciation | Accumulated Depreciation | AMT Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Van | 07-01-1997 | 27,174 | | 100.00 | | | 27,174 | 5 | 200 DB HY | 0 | 27,174 | | 27,174 | |
| 2 | Building | 07-01-1998 | 153,488 | | 100.00 | | | 153,488 | 20 | | 0 | 153,488 | | 153,488 | |
| 3 | Bus Improvements | 07-01-2003 | 48,701 | | 100.00 | | | 48,701 | 5 | | 0 | 48,701 | | 48,701 | |
| 4 | Building Improvements | 07-01-2003 | 3,547 | | 100.00 | | | 3,547 | 7 | | 0 | 3,547 | | 3,547 | |
| 5 | Computer and Equipmen | 07-01-2003 | 9,601 | | 100.00 | | | 9,601 | 5 | | 0 | 9,601 | | 9,601 | |
| 6 | Bus Improvements | 07-01-2004 | 28,684 | | 100.00 | | | 28,684 | 5 | | 0 | 28,683 | | 28,683 | |
| 7 | Bus Improvements | 07-01-2005 | 92,372 | | 100.00 | | | 92,372 | 5 | | 0 | 92,371 | | 92,371 | |
| 8 | Building Improvements | 07-01-2005 | 54,631 | | 100.00 | | | 54,631 | 20 | 150 DB HY | 4.462 | 48,538 | 2,438 | 50,976 | |
| 9 | Computers | 10-31-2005 | 18,975 | | 100.00 | | | 18,975 | 5 | | 0 | 18,975 | | 18,975 | |
| 10 | Dell Computer | 03-25-2006 | 4,090 | | 100.00 | | | 4,090 | 5 | | 0 | 4,090 | | 4,090 | |
| 11 | Lot Work | 04-13-2006 | 9,750 | | 100.00 | | | 9,750 | 5 | | 0 | 9,750 | | 9,750 | |
| 12 | Bus Improvements | 07-01-2006 | 132,600 | | 100.00 | | | 132,600 | 5 | | 0 | 132,600 | | 132,600 | |
| 13 | Generator | 01-04-2006 | 12,059 | | 100.00 | | | 12,059 | 5 | | 0 | 12,059 | | 12,059 | |
| 14 | Office Furnishings | 11-01-2007 | 1,866 | | 100.00 | | | 1,866 | 7 | | 0 | 1,866 | | 1,866 | |
| 15 | Bus Improvements 2007 | 07-01-2007 | 77,581 | | 100.00 | | | 77,581 | 5 | | 0 | 77,581 | | 77,581 | |
| 16 | Parking Lot Improveme | 12-31-2007 | 35,504 | | 100.00 | | | 35,504 | 7 | | 0 | 35,504 | | 35,504 | |
| 17 | Computers 2007 | 05-15-2007 | 10,157 | | 100.00 | | | 10,157 | 5 | | 0 | 10,156 | | 10,156 | |
| 18 | Parking Lot Improveme | 11-20-2008 | 20,491 | | 100.00 | | PY 10,246 | 10,245 | 7 | | 0 | 20,491 | | 20,491 | |
| 19 | Engine Repair Bus 115 | 09-24-2008 | 8,129 | | 100.00 | | PY 4,065 | 4,064 | 5 | | 0 | 8,128 | | 8,128 | |
| 20 | Building Improvements | 04-16-2008 | 6,921 | | 100.00 | | PY 3,461 | 3,460 | 7 | | 0 | 6,920 | | 6,920 | |
| 21 | Dell Computer | 03-17-2008 | 2,254 | | 100.00 | | PY 1,127 | 1,127 | 5 | | 0 | 2,254 | | 2,254 | |
| 22 | Computer Jan 2008 | 01-26-2008 | 1,296 | | 100.00 | | PY 648 | 648 | 5 | | 0 | 1,296 | | 1,296 | |
| 23 | Dell Computer Sep 08 | 09-23-2008 | 714 | | 100.00 | | PY 357 | 357 | 5 | | 0 | 714 | | 714 | |
| 24 | Truck Transmission | 06-26-2008 | 2,488 | | 100.00 | | PY 1,244 | 1,244 | 5 | | 0 | 2,488 | | 2,488 | |
| 25 | Equipment 2008 | 06-30-2008 | 186 | | 100.00 | | PY 93 | 93 | 5 | | 0 | 186 | | 186 | |
| 26 | Office Furnishings 20 | 06-30-2008 | 781 | | 100.00 | | PY 391 | 390 | 7 | | 0 | 781 | | 781 | |
| 27 | Bus 122 | 09-20-2008 | 432,025 | | 100.00 | PY 216,013 | | 216,012 | 10 | | 0 | 432,025 | | 432,025 | |
| 28 | Bus Improvements 2009 | 06-30-2009 | 99,464 | | 100.00 | | PY 49,732 | 49,732 | 5 | | 0 | 99,464 | | 99,464 | |
| 29 | Lot Improvements 2009 | 06-30-2009 | 2,434 | | 100.00 | | PY 1,217 | 1,217 | 7 | | 0 | 2,434 | | 2,434 | |
| 30 | Eqpmnt Improvements 0 | 06-30-2009 | 15,504 | | 100.00 | | PY 7,752 | 7,752 | 5 | | 0 | 15,503 | | 15,503 | |

\* Item is included in UBIA
for Section 199A calculations.
See "UBIA" in lower right corner.

# Depreciation Detail Listing
### FORM 1120
(This page is not filed with the return. It is for your records only.)

**2023**

PAGE 2

Name(s) as shown on return: Cowtown Bus Charters

Social security number/EIN: 75-2341097

| No. | Description | Date | Cost | Basis Adjustment | Business percentage | Section 179 | Bonus depreciation | Depreciable Basis | Life | Method | Rate | Prior Depreciation | Current Depreciation | Accumulated Depreciation | AMT Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | Bus Improvements 2010 | 07-01-2010 | 37,161 | | 100.00 | | PY 18,580 | 18,581 | 7 | | 0 | 37,159 | | 37,159 | |
| 32 | Building Improvements | 07-01-2010 | 5,372 | | 100.00 | | PY 2,686 | 2,686 | 7 | | 0 | 5,372 | | 5,372 | |
| 33 | Equipment Improvement | 07-01-2010 | 17,038 | | 100.00 | | PY 8,519 | 8,519 | 7 | | 0 | 17,038 | | 17,038 | |
| 34 | Bus Improvements | 07-01-2011 | 295,920 | | 100.00 | | PY 295,920 | 0 | 5 | | 0 | 295,920 | | 295,920 | |
| 35 | Equipment Improvement | 07-01-2011 | 15,905 | | 100.00 | | PY 15,905 | 0 | 7 | | 0 | 15,905 | | 15,905 | |
| 36 | Computers 2011 | 07-01-2011 | 11,540 | | 100.00 | | PY 11,540 | 0 | 5 | | 0 | 11,540 | | 11,540 | |
| 37 | Bus 102A | 10-06-2011 | 279,125 | | 100.00 | | | 279,125 | 10 | | 0 | 279,125 | | 279,125 | |
| 38 | Computers 2012 | 07-01-2012 | 204 | | 100.00 | PY 204 | | 0 | 5 | | 0 | 204 | | 204 | |
| 39 | Equipment 2012 | 07-01-2012 | 7,125 | | 100.00 | PY 7,125 | | 0 | 5 | | 0 | 7,125 | | 7,125 | |
| 40 | Building Improvements | 07-01-2012 | 1,383 | | 100.00 | PY 1,383 | | 0 | 7 | | 0 | 1,383 | | 1,383 | |
| 41 | Bus Improvements 2012 | 07-01-2012 | 86,988 | | 100.00 | PY 86,988 | | 0 | 7 | | 0 | 86,988 | | 86,988 | |
| 42 | Bus 105 | 10-01-2012 | 295,468 | | 100.00 | | PY 147,734 | 295,468 | 10 | | 0 | 295,468 | 1,078 | 296,546 | |
| 43 | Bus 106 | 10-01-2012 | 297,366 | | 100.00 | | PY 148,683 | 297,366 | 10 | | 0. | 297,366 | 1,084 | 298,450 | |
| 44 | Bus 206 | 07-01-2010 | 8,000 | | 100.00 | | PY 4,000 | 4,000 | 7 | | 0 | 8,000 | | 8,000 | |
| 45 | Bus 104 A | 06-14-2013 | 306,297 | | 100.00 | | PY 153,149 | 153,148 | 10 | SL HY | 10 | 298,641 | 7,656 | 306,297 | |
| 46 | Parking Lot Improveme | 02-11-2013 | 2,783 | | 100.00 | | PY 1,392 | 1,391 | 7 | | 0 | 2,783 | | 2,783 | |
| 47 | Equipment 2013 | 07-31-2013 | 48,351 | | 100.00 | | PY 24,176 | 24,175 | 7 | | 0 | 48,350 | | 48,350 | |
| 48 | Bus Improvements 2013 | 06-30-2013 | 180,489 | | 100.00 | | PY 90,245 | 90,244 | 7 | | 0 | 180,489 | | 180,489 | |
| 49 | Parking Lot Concrete | 04-24-2013 | 750 | | 100.00 | | PY 375 | 375 | 7 | | 0 | 750 | | 750 | |
| 50 | Bus Improvements 2014 | 07-01-2014 | 336,004 | | 100.00 | | | 336,004 | 5 | | 0 | 336,004 | | 336,004 | |
| 51 | Bus 207 | 02-26-2015 | 69,500 | | 100.00 | PY 69,500 | | 0 | 10 | SL HY | 10 | 69,500 | | 69,500 | |
| 52 | Bus Improvements 2015 | 07-01-2015 | 86,231 | | 100.00 | PY 86,231 | | 0 | 7 | | 0 | 86,231 | | 86,231 | |
| 53 | Bus 123 Nov 2016 | 11-01-2016 | 539,900 | | 100.00 | | PY 269,950 | 269,950 | 10 | SL MQ | 10 | 435,294 | 26,995 | 462,289 | |
| 54 | Bus 201 E Dec 2016 | 12-23-2016 | 399,060 | | 100.00 | PY 312,916 | PY 43,072 | 43,072 | 10 | SL MQ | 10 | 382,368 | 4,307 | 386,675 | |
| 55 | Bus Improvements 2016 | 07-01-2016 | 165,254 | | 100.00 | PY 165,254 | | 0 | 7 | 200 DB MQ | 5.53 | 165,254 | | 165,254 | |
| 56 | Parking Lot Improveme | 07-01-2016 | 7,370 | | 100.00 | PY 7,370 | | 0 | 7 | 200 DB MQ | 5.53 | 7,370 | | 7,370 | |
| 57 | Equipment Added 2016 | 07-01-2016 | 14,460 | | 100.00 | PY 14,460 | | 0 | 7 | 200 DB MQ | 5.53 | 14,460 | | 14,460 | |
| 58 | Bus Seats | 04-17-2017 | 42,358 | | 100.00 | | PY 21,179 | 21,179 | 7 | 200 DB HY | 8.93 | 39,521 | 1,891 | 41,412 | |
| 59 | Towable Boom Lift | 04-17-2017 | 21,200 | | 100.00 | | PY 10,600 | 10,600 | 7 | 200 DB HY | 8.93 | 19,782 | 947 | 20,729 | |
| 60 | Generator Solar | 12-31-2017 | 6,346 | | 100.00 | | | 6,346 | 5 | | 0 | 6,346 | | 6,346 | |

* Item is included in UBIA
for Section 199A calculations.
See "UBIA" in lower right corner.

**Depreciation Detail Listing**
FORM 1120
(This page is not filed with the return. It is for your records only.)

**2023**
PAGE 3

Name(s) as shown on return: Cowtown Bus Charters

Social security number/EIN: 75-2341097

| No. | Description | Date | Cost | Basis Adjustment | Business percentage | Section 179 | Bonus depreciation | | Depreciable Basis | Life | Method | | Rate | Prior Depreciation | Current Depreciation | Accumulated Depreciation | AMT Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | Building For Generato | 12-31-2017 | 119,779 | | 100.00 | | | | 119,779 | 5 | | | 0 | 119,779 | | 119,779 | |
| 62 | Solar Power for FAC | 12-31-2017 | 177,132 | | 100.00 | | | | 177,132 | 5 | | | 0 | 177,132 | | 177,132 | |
| 63 | Prefab Office Const | 12-31-2017 | 134,455 | | 100.00 | | | | 134,455 | 39 | SL | MM | 2.564 | 17,379 | 3,447 | 20,826 | |
| 64 | Air Conditioning Sola | 12-31-2017 | 8,148 | | 100.00 | | | | 8,148 | 5 | | | 0 | 8,148 | | 8,148 | |
| 65 | Sewage Storage Syst | 04-17-2017 | 18,144 | | 100.00 | | PY | 9,072 | 9,072 | 7 | 200 DB | HY | 8.93 | 16,929 | 810 | 17,739 | |
| 66 | Parts Storage Room | 12-31-2017 | 72,400 | | 100.00 | | | | 72,400 | 39 | SL | MM | 2.564 | 9,357 | 1,856 | 11,213 | |
| 67 | Landscaping | 04-17-2017 | 65,283 | | 100.00 | | | | 65,283 | 5 | | | 0 | 65,283 | | 65,283 | |
| 68 | Roof Replacement | 12-31-2017 | 44,868 | | 100.00 | | | | 44,868 | 39 | SL | MM | 2.564 | 5,798 | 1,150 | 6,948 | |
| 69 | Parking Lot and Drive | 12-31-2017 | 179,623 | | 100.00 | | | | 179,623 | 15 | SL | HY | 6.667 | 65,862 | 11,975 | 77,837 | |
| 70 | Solar | 12-31-2017 | 69,500 | | 100.00 | | | | 69,500 | 5 | | | 0 | 69,499 | | 69,499 | |
| 71 | Buses 108 109 111 | 04-17-2017 | 256,777 | | 100.00 | | PY | 128,389 | 128,388 | 10 | SL | HY | 10 | 199,003 | 12,839 | 211,842 | |
| 72 | Loan Costs April 2017 | 04-17-2017 | 75,150 | | 100.00 | | | | 75,150 | 25 | AMT-461 | | 4 | 17,285 | 3,006 | 20,291 | |
| 73 | Bus Improvements 2017 | 07-01-2017 | 117,295 | | 100.00 | | PY | 58,648 | 58,647 | 7 | 200 DB | HY | 8.93 | 109,442 | 5,237 | 114,679 | |
| 74 | Bus 121A New 2018 | 06-30-2018 | 494,633 | | 100.00 | | PY | 494,633 | 0 | 10 | SL | HY | 10 | 494,633 | | 494,633 | |
| 75 | Solar Equipment 2018 | 04-17-2018 | 85,440 | | 100.00 | | PY | 85,440 | 0 | 7 | 200 DB | HY | 8.92 | 85,440 | | 85,440 | |
| 76 | Bus Improvements 2018 | 06-30-2018 | 121,014 | | 100.00 | | PY | 121,014 | 0 | 7 | 200 DB | HY | 8.92 | 121,014 | | 121,014 | |
| 77 | Building Improvements | 08-31-2018 | 46,383 | | 100.00 | | PY | 46,383 | 0 | 7 | 200 DB | HY | 8.92 | 46,383 | | 46,383 | |
| 78 | Maintenance Equipment | 08-24-2018 | 1,004 | | 100.00 | | PY | 1,004 | 0 | 7 | 200 DB | HY | 8.92 | 1,004 | | 1,004 | |
| 79 | Bus Improvements 2018 | 09-30-2018 | 72,154 | | 100.00 | | PY | 72,154 | 0 | 7 | 200 DB | HY | 8.92 | 72,154 | | 72,154 | |
| 80 | Computer 2018 | 09-24-2018 | 900 | | 100.00 | | PY | 900 | 0 | 5 | 200 DB | HY | 5.76 | 900 | | 900 | |
| 81 | Business Backer Loan | 07-26-2018 | 39,000 | | 100.00 | | | | 39,000 | 5 | AMT-AMT | | 20 | 35,100 | 3,900 | 39,000 | |
| 82 | Flood Expenditures | 01-01-2019 | 1,306,749 | | 100.00 | | | | 1,306,749 | 7 | 200 DB | HY | 8.93 | 898,520 | 116,693 | 1,015,213 | |
| 83 | Bus Improvements 2019 | 06-30-2019 | 51,282 | | 100.00 | | | | 51,282 | 7 | 200 DB | HY | 8.93 | 35,261 | 4,579 | 39,840 | |
| 84 | Building Improvements | 06-30-2019 | 19,526 | | 100.00 | | | | 19,526 | 7 | 200 DB | HY | 8.93 | 13,426 | 1,744 | 15,170 | |
| 85 | Solar Additions 2019 | 06-30-2019 | 7,597 | | 100.00 | | | | 7,597 | 7 | 200 DB | HY | 8.93 | 5,225 | 678 | 5,903 | |
| 86 | 4 Sertil Koni Column | 01-01-2020 | 45,840 | | 100.00 | | PY | 45,840 | 0 | 7 | 200 DB | HY | 12.49 | 45,840 | | 45,840 | |
| 87 | zendu Cam Road and Dr | 01-01-2020 | 24,651 | | 100.00 | | PY | 24,651 | 0 | 7 | 200 DB | HY | 12.49 | 24,651 | | 24,651 | |
| 88 | Parking Lot Improveme | 07-01-2020 | 784 | | 100.00 | | PY | 784 | 0 | 7 | 200 DB | HY | 12.49 | 784 | | 784 | |
| 89 | Building Improvements | 07-01-2020 | 4,170 | | 100.00 | | PY | 4,170 | 0 | 7 | 200 DB | HY | 12.49 | 4,170 | | 4,170 | |
| 90 | Equipment 2020 | 07-01-2020 | 15,143 | | 100.00 | | PY | 15,143 | 0 | 7 | 200 DB | HY | 12.49 | 15,143 | | 15,143 | |

| * Item is included in UBIA for Section 199A calculations. See "UBIA" in lower right corner. | **Depreciation Detail Listing**<br>FORM 1120<br>(This page is not filed with the return. It is for your records only.) | **2023**<br>PAGE  4 |
|---|---|---|

Name(s) as shown on return: Cowtown Bus Charters

Social security number/EIN: 75-2341097

| No. | Description | Date | Cost | Basis Adjustment | Business percentage | Section 179 | | Bonus depreciation | Depreciable Basis | Life | Method | Rate | Prior Depreciation | Current Depreciation | Accumulated Depreciation | AMT Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 91 | Bus Improvements 2020 | 07-01-2020 | 43,900 | | 100.00 | | PY | 43,900 | 0 | 7 | 200 DB HY | 12.49 | 43,900 | | 43,900 | |
| 92 | Flood Expenses 2020 | 07-01-2020 | 130,043 | | 100.00 | | PY | 130,043 | 0 | 7 | 200 DB HY | 12.49 | 130,043 | | 130,043 | |
| 93 | Tools | 07-16-2021 | 4,097 | | 100.00 | | PY | 4,097 | 0 | 7 | 200 DB HY | 17.49 | 4,097 | | 4,097 | |
| 94 | Chrysler Jeep 2018 | 01-01-2021 | 34,624 | | 100.00 | | PY | 34,624 | 0 | 5 | 200 DB HY | 19.2 | 34,624 | | 34,624 | |
| 95 | Solar Additions 2021 | 07-01-2021 | 32,470 | | 100.00 | | PY | 32,470 | 0 | 7 | 200 DB HY | 17.49 | 32,470 | | 32,470 | |
| 96 | Sprinter Van | 01-01-2021 | 18,989 | | 100.00 | | PY | 18,989 | 0 | 5 | 200 DB HY | 19.2 | 18,989 | | 18,989 | |
| 97 | Building Repairs 2021 | 07-01-2021 | 5,929 | | 100.00 | | PY | 5,929 | 0 | 7 | 200 DB HY | 17.49 | 5,929 | | 5,929 | |
| 98 | Building Roof 2021 | 09-15-2021 | 15,090 | | 100.00 | | PY | 15,090 | 0 | 7 | 200 DB HY | 17.49 | 15,090 | | 15,090 | |
| 99 | Zendu Cam Road and Dr | 01-01-2021 | 11,496 | | 100.00 | | PY | 11,496 | 0 | 7 | 200 DB HY | 17.49 | 11,496 | | 11,496 | |
| 100 | Equipment 2021 | 07-01-2021 | 24,049 | | 100.00 | | PY | 24,049 | 0 | 7 | 200 DB HY | 17.49 | 24,049 | | 24,049 | |
| 101 | Fuel Tank 2021 | 04-01-2021 | 2,789 | | 100.00 | | PY | 2,789 | 0 | 7 | 200 DB HY | 17.49 | 2,789 | | 2,789 | |
| 102 | Trailer 2021 | 09-19-2021 | 7,350 | | 100.00 | | PY | 7,350 | 0 | 7 | 200 DB HY | 17.49 | 7,350 | | 7,350 | |
| 103 | Backhoe 2021 | 09-19-2021 | 32,475 | | 100.00 | | PY | 32,475 | 0 | 7 | 200 DB HY | 17.49 | 32,475 | | 32,475 | |
| 104 | Parking Lot 2021 | 09-29-2021 | 9,537 | | 100.00 | | PY | 9,537 | 0 | 7 | 200 DB HY | 17.49 | 9,537 | | 9,537 | |
| 105 | Bus Improvements 2021 | 07-01-2021 | 32,047 | | 100.00 | | PY | 32,047 | 0 | 7 | 200 DB HY | 17.49 | 32,047 | | 32,047 | |
| 106 | Building Improvements | 07-01-2022 | 123,473 | | 100.00 | | PY | 123,473 | 0 | 7 | 200 DB HY | 24.49 | 123,473 | | 123,473 | |
| 107 | Solar Equipment 2022 | 07-01-2022 | 26,968 | | 100.00 | | PY | 26,968 | 0 | 7 | 200 DB HY | 24.49 | 26,968 | | 26,968 | |
| 108 | Bus Improvements 2022 | 07-01-2022 | 38,754 | | 100.00 | | PY | 38,754 | 0 | 7 | 200 DB HY | 24.49 | 38,754 | | 38,754 | |
| 109 | Equipment X 2022 | 07-01-2022 | 15,203 | | 100.00 | | PY | 15,203 | 0 | 7 | 200 DB HY | 24.49 | 15,203 | | 15,203 | |
| 110 | Equipment | 07-01-2022 | 141,504 | | 100.00 | | PY | 141,504 | 0 | 7 | 200 DB HY | 24.49 | 141,504 | | 141,504 | |
| 111 | Solar 2021 | 01-01-2023 | 38,200 | | 100.00 | | CY | 30,560 | 7,640 | 7 | 200 DB HY | 14.29 | | 1,092 | 31,652 | |
| 112 | Office Furnishings | 05-01-2023 | 1,207 | | 100.00 | | CY | 966 | 241 | 7 | 200 DB HY | 14.29 | | 34 | 1,000 | |
| 113 | Ford F650 Truck (2023 | 01-01-2023 | 21,719 | | 100.00 | | CY | 17,375 | 4,344 | 5 | 200 DB HY | 20 | | 869 | 18,244 | |
| | Totals | | 9,385,152 | | | | CY | 48,901 | 5,458,174 | | | | 8,290,435 | 216,305 | 8,555,641 | |

| Land Amount<br>Net Depreciable Cost | 9,385,152 | PY 967,444  PY 3,207,050 | CY 179 and CY Bonus<br>TOTAL CY Depr including 179/bonus | 48,901<br>265,206 | ST ADJ:  (301,337) |
|---|---|---|---|---|---|

| Debtor | **Cowtown Bus Charters, Inc.** | | Case number (if known) | **24-43242-mxm11** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.10. | **208 2014 Ford ELD** | | **carpenterbus.com** | **$9,900.00** |
| 47.11. | **2008 Trailer** | | **equipmenttrader.com** | **$1,000.00** |
| 47.12. | **2018 Dodge Van** | | **kelly blue book** | **$7,300.00** |
| 47.13. | **107B 2017 Vanhool**<br>**\* Value range for these buses is $185,000-**<br>**$250,000 \*** | | **abc bus sales - resale** | **$0.00** |
| 47.14. | **110 2019 Vanhool**<br>**\* Value range for these buses is $185,000-**<br>**$250,000 \*** | | **abc bus sales - resale** | **$0.00** |
| 47.15. | **114 2018 Van HoolWC**<br>**\* Value range for these buses is $185,000-**<br>**$250,000 \*** | | **abc bus sales - resale** | **$0.00** |
| 47.16. | **115 2019 Vanhool**<br>**\* Value range for these buses is $185,000-**<br>**$250,000 \*** | | **abc bus sales - resale** | **$0.00** |
| 47.17. | **117A 2017 Vanhool**<br>**\* Value range for these buses is $185,000-**<br>**$250,000 \*** | | **abc bus sales - resale** | **$0.00** |
| 47.18. | **118A 2017 Vanhool**<br>**\* Value range for these buses is $185,000-**<br>**$250,000 \*** | | **abc bus sales - resale** | **$0.00** |
| 47.19. | **121 2018 Van Hool**<br>**\* Value range for these buses is $185,000-**<br>**$250,000 \*** | | **abc bus sales - resale** | **$0.00** |
| 47.20. | **123B 2017 Van Hool**<br>**\* Value range for these buses is $185,000-**<br>**$250,000 \*** | | **abc bus sales - resale** | **$0.00** |
| 47.21. | **124 2018 Van HoolWC**<br>**\* Value range for these buses is $185,000-**<br>**$250,000 \*** | | **abc bus sales - resale** | **$0.00** |
| 47.22. | **108 Vanhool** | | | **$0.00** |

**48.** **Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm**
**machinery and equipment)**

| | | | |
|---|---|---|---|
| **See attached.**<br>**Bus lift, bus washer lift, bus van trailer,**<br>**miscellaneous tools and equipment** | | **estimate by shop mecha** | **$51,000.00** |
| **Propane Tanks**<br>**3 @ 1000 gallon each**<br>**1 @ 250 gallon** | | | **$3,400.00** |
| **4 Water Tanks**<br>**5000 gallon each** | | | **$3,000.00** |
| **Solar System**<br>**8 trackable units (12 panels per track)** | | | **$1,000.00** |
| **Diesel Fuel Tank 12000 Gallon Tank leased** | | | **$0.00** |

Official Form 206A/B    **Schedule A/B: Assets -- Real and Personal Property**    page 5

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | UNIT | YEAR | MAKE | VEHICLE ID # | LICENCE # | Est Value | |
| 2 | 102a | 2009 | Van HoolWC | YE2CC27B592047572 | 2MBP478 | 45000 | yahoo search |
| 3 | 104 | 2001 | Vanhool | YE2CC12B012045654 | 2MBP482 | 35995 | weselllimos.com |
| 4 | 105 | 2008 | Vanhool | YE2CC18B282047519 | 2MBP481 | 45,000.00 | yahoo search |
| 5 | 106 | 2008 | VanHool | YE2CC18B282047522 | 2MBP487 | 45,000.00 | yahoo search |
| 6 | 107B | 2017 | Vanhool | YE2XC82B9H3049250 | 2MBP477 | 185000.00-250000.00 | abc bus sales - resale from bus sales |
| 7 | 109 | 2008 | Van HoolWC | YE2CC28BX82047516 | B33521 | 45,000.00 | yahoo search |
| 8 | 110 | 2019 | Vanhool | YE2XC82BOK3081253 | 2MBP476 | 185000.00-250000.00 | abc bus sales - resale from bus sales |
| 9 | 111 | 2008 | Van Hool | YE2CC18B682047524 | 2MBP490 | 45,000.00 | yahoo search |
| 10 | 114 | 2018 | Van HoolWC | YE2XC82B8J3081161 | 2MBP483 | 185000.00-250000.00 | abc bus sales - resale from bus sales |
| 11 | 115 | 2019 | Vanhool | YE2XC82B4K3081255 | T84623 | 185000.00-250000.00 | abc bus sales - resale from bus sales |
| 12 | 117A | 2017 | Vanhool | YE2XC82BXH3049208 | 2MBP479 | 185000.00-250000.00 | abc bus sales - resale from bus sales |
| 13 | 118A | 2017 | Vanhool | YE2XC82BXH3049256 | 2MBP488 | 185000.00-250000.00 | abc bus sales - resale from bus sales |
| 14 | 121 | 2018 | Van Hool | YE2XC82B7J3081152 | 2MBP484 | 185000.00-250000.00 | abc bus sales - resale from bus sales |
| 15 | 122 | 2008 | Van Hool | YE2CC17B082047553 | B33701 | 45,000.00 | yahoo search |
| 16 | 123B | 2017 | Van Hool | YE2XC82B7H3049196 | 2MBP489 | 185000.00-250000.00 | abc bus sales - resale from bus sales |
| 17 | 124 | 2018 | Van HoolWC | YE2XC82B6J3081160 | 2MBP486 | 185000.00-250000.00 | abc bus sales - resale from bus sales |
| 18 | 206A | 2016 | Ford Ameritrans | 1FDXE4FS5GDC26596 | U36703 | 15000 | cheapshuttlebuses.com |
| 19 | 207 | 2012 | GLAVAL | 4UZADRDT6CCBH4203 | T09804 | 14900 | commercialtrucktrader.com |
| 20 | 208 | 2014 | FORD ELD | 1FDFE4FSXEDB19956 | T09805 | 9900 | carpenterbus.com |
| 21 | | | | | | | |
| 22 | | 2008 | Trailer | 5VNBU18288T072545 | 372XNK | 1000 | equipmenttrader.com |
| 23 | | 2018 | DODGE VAN | 2C4RDGBG9JR187955 | LSV2931 | 7300 | kelly blue book |

Debtor **Cowtown Bus Charters, Inc.**     Case number (if known) **24-43242-mxm11**

Name

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

**$412,495.00**

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**$0.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10: Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **Cowtown Charters, included in customer list value** | | **per offer** | **$1,000.00** |
| **61. Internet domain names and websites** | | | |
| **www.cowtowncharters.com, included in the customer list value** | | **per offer** | **$1,000.00** |
| **62. Licenses, franchises, and royalties** | | | |
| **US DOT, ICC, & MC #** | | | **$0.00** |

Debtor   **Cowtown Bus Charters, Inc.** _____   Case number (if known)   **24-43242-mxm11** _____
_____Name_____

**63. Customer lists, mailing lists, or other compilations**

Customer list, sales, this value incorporates
some other intangible assets as identified _____   _____   per olffer _____   $672,000.00

**64. Other intangibles, or intellectual property**

**65. Goodwill**

**66. Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.   | $674,000.00 |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☐ No
☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

Current value of
debtor's interest

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Fuel excise tax 2nd quarter _____   Tax year   **2024**   _____   $6,061.74

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**75. Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**78. Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.   | $6,061.74 |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Official Form 206A/B   **Schedule A/B: Assets -- Real and Personal Property**   page 7

Debtor   **Cowtown Bus Charters, Inc.**                                    Case number (if known) __24-43242-mxm11__
         Name

| **Part 12:** | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $82,962.86 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $6,242.99 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $75,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $412,495.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ............................→ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $674,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $6,061.74 | |
| 91. **Total.** Add lines 80 through 90 for each column.   91a. | $1,260,762.59 + 91b. | $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92................................................................... $1,260,762.59

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Cowtown Bus Charters, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **24-43242-mxm11** |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

   ☑ Yes.  Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          $6,397,767.67

Debtor    **Cowtown Bus Charters, Inc.**                                    Case number (if known) **24-43242-mxm11**

| **Part 1:** | **Additional Page** | | Column A | Column B |
| --- | --- | --- | --- | --- |

|  |  | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.1**  **Creditor's name**
**First Savings Bank/SBA**

**Describe debtor's property that is subject to a lien**                $286,708.57             $230,895.00

**title to buses**

**Creditor's mailing address**
**301 Southern Indiana Avenue**

**Describe the lien**

_____

**Jeffersonville          IN      47130**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**
**info@fsbbank.net**

**Is anyone else liable on this claim?**

**Date debt was incurred     04/2017**

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number        1   0   0   2**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No
☑ Yes.  Specify each creditor, including this creditor, and its relative priority.

For 102a 2009 Van HoolWC : 1) First Savings Bank/SBA; 2) U.S. Small Business Administration; 3) U.S. Small Business Administration; 4) Tarrant County Tax Assessor Collector; 5) Tarrant County Tax Assessor Collector; 6) Tarrant County Tax Assessor Collector; 7) Tarrant County Tax Assessor Collector; 8) Tarrant County Tax Assessor Collector.  For 104 2001 Vanhool : 1) First Savings Bank/SBA; 2) U.S. Small Business Administration; 3) U.S. Small Business Administration; 4) Tarrant County Tax Assessor Collector; 5) Tarrant County Tax Assessor Collector; 6) Tarrant County Tax Assessor Collector; 7) Tarrant County Tax Assessor Collector; 8) Tarrant County Tax Assessor Collector.  For 109 2008 Van HoolWC : 1) First Savings Bank/SBA; 2) U.S. Small Business Administration; 3) U.S. Small Business Administration; 4) Tarrant County Tax Assessor Collector; 5) Tarrant County Tax Assessor Collector; 6) Tarrant County Tax Assessor Collector; 7) Tarrant County Tax Assessor Collector; 8) Tarrant County Tax Assessor Collector.  For 111 2008 Van Hool : 1) First Savings Bank/SBA; 2) U.S. Small Business Administration; 3) U.S. Small Business Administration; 4) Tarrant County Tax Assessor Collector; 5) Tarrant County Tax Assessor Collector; 6) Tarrant County Tax Assessor Collector; 7) Tarrant County Tax Assessor Collector; 8) Tarrant County Tax Assessor Collector.  For 122 2008 Van Hool : 1) First Savings Bank/SBA; 2) U.S. Small Business Administration; 3) U.S. Small Business Administration; 4) Tarrant County Tax Assessor Collector; 5) Tarrant County Tax Assessor Collector; 6) Tarrant County Tax Assessor Collector; 7) Tarrant County Tax Assessor Collector; 8) Tarrant County Tax Assessor Collector.  For 207 2012 GLAVAL : 1) First Savings Bank/SBA; 2) U.S. Small Business Administration; 3) U.S. Small Business Administration; 4) Tarrant County Tax Assessor Collector; 5) Tarrant County Tax Assessor Collector; 6) Tarrant County Tax Assessor Collector; 7) Tarrant County Tax Assessor Collector; 8) Tarrant County Tax Assessor Collector.  For 108 Vanhool: 1) First Savings Bank/SBA; 2) U.S. Small Business Administration; 3) U.S. Small Business Administration; 4) Tarrant County Tax Assessor Collector; 5) Tarrant County Tax Assessor Collector; 6) Tarrant County Tax Assessor Collector; 7) Tarrant County Tax Assessor Collector; 8) Tarrant County Tax Assessor Collector.

Debtor   **Cowtown Bus Charters, Inc.** _____   Case number (if known) **24-43242-mxm11**

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

**Column A**
**Amount of claim**
Do not deduct the
value of collateral.

**Column B**
**Value of collateral
that supports
this claim**

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.2**

**Creditor's name**
**Huntington f/k/a TCF Equipment & Leas**

**Creditor's mailing address**
**11100 Wayzata Blvd. #700** _____

_____

_____

**Minnetonka        MN    55305**

**Creditor's email address, if known**

_____

**Date debt was incurred    07/2018**

**Last 4 digits of account
number**          ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**

☐ No

☑ Yes.  Have you already specified the
relative priority?

☑ No.  Specify each creditor, including this
creditor, and its relative priority.

**Describe debtor's property that is
subject to a lien**

**Balloon Lease**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$336,500.00                    $0.00

1) Huntington f/k/a TCF Equipment & Leasing; 2) U.S. Small Business Administration; 3) U.S. Small Business Administration;
4) Tarrant County Tax Assessor Collector; 5) Tarrant County Tax Assessor Collector; 6) Tarrant County Tax Assessor
Collector; 7) Tarrant County Tax Assessor Collector; 8) Tarrant County Tax Assessor Collector.

☐ Yes.  The relative priority of creditors is
specified on lines  _____

| Debtor | **Cowtown Bus Charters, Inc.** | Case number (if known) | **24-43242-mxm11** |

| **Part 1:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.3**

**Creditor's name**
**M&T Capital and Leasing Corp**

**Describe debtor's property that is subject to a lien**

**Buses**

| $2,281,277.27 | $0.00 |

**Creditor's mailing address**
**f/k/a Peoples Capital and Leasing**
**850 Main St., BC03/RC871**

**Describe the lien**

**Bridgeport      CT    06604-4913**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred    07/2018**

**Last 4 digits of account number    6  0  0  4**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

    ☑ No.  Specify each creditor, including this creditor, and its relative priority.

**For 114 2018 Van HoolWC * Value range for these buses is $185,00: 1) M&T Capital and Leasing Corp; 2) U.S. Small Business Administration; 3) U.S. Small Business Administration; 4) Tarrant County Tax Assessor Collector; 5) Tarrant County Tax Assessor Collector; 6) Tarrant County Tax Assessor Collector; 7) Tarrant County Tax Assessor Collector; 8) Tarrant County Tax Assessor Collector.  For 124 2018 Van HoolWC * Value range for these buses is $185,00: 1) M&T Capital and Leasing Corp; 2) U.S. Small Business Administration; 3) U.S. Small Business Administration; 4) Tarrant County Tax Assessor Collector; 5) Tarrant County Tax Assessor Collector; 6) Tarrant County Tax Assessor Collector; 7) Tarrant County Tax Assessor Collector; 8) Tarrant County Tax Assessor Collector.**

    ☐ Yes.  The relative priority of creditors is specified on lines _____

Acct. 4426-005
Acct. 4426-001
Acct. 4426-002
Acct. 4426-003
Acct. 2041-002
Acct. 4426-006

Debtor   **Cowtown Bus Charters, Inc.**                                    Case number (if known) **24-43242-mxm11**

## Part 1:   Additional Page

Copy this page only if more space is needed.  **Continue numbering the lines sequentially from the previous page.**

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.4**   **Creditor's name**
**Tarrant County Tax Assessor Collector**

**Describe debtor's property that is subject to a lien**

**Personal Property Tax**

$21,451.98      $416,495.00

**Creditor's mailing address**
**100 E. Weatherford St.**

**Describe the lien**

**Fort Worth            TX     76196**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**   **1  0  7  4**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No.  Specify each creditor, including this creditor, and its relative priority.

For miscellaneous furniture : 1) U.S. Small Business Administration; 2) U.S. Small Business Administration; 3) Tarrant County Tax Assessor Collector; 4) Tarrant County Tax Assessor Collector; 5) Tarrant County Tax Assessor Collector; 6) Tarrant County Tax Assessor Collector; 7) Tarrant County Tax Assessor Collector.  For 102a 2009 Van HoolWC : See 2.1. For 104 2001 Vanhool : See 2.1.  For 105 2008 Vanhool : 1) U.S. Small Business Administration; 2) U.S. Small Business Administration; 3) Tarrant County Tax Assessor Collector; 4) Tarrant County Tax Assessor Collector; 5) Tarrant County Tax Assessor Collector; 6) Tarrant County Tax Assessor Collector; 7) Tarrant County Tax Assessor Collector.  For 106 2008 VanHool : 1) U.S. Small Business Administration; 2) U.S. Small Business Administration; 3) Tarrant County Tax Assessor Collector; 4) Tarrant County Tax Assessor Collector; 5) Tarrant County Tax Assessor Collector; 6) Tarrant County Tax Assessor Collector; 7) Tarrant County Tax Assessor Collector.  For 107B 2017 Vanhool * Value range for these buses is $185,000-: 1) U.S. Small Business Administration; 2) U.S. Small Business Administration; 3) Tarrant County Tax Assessor Collector; 4) Tarrant County Tax Assessor Collector; 5) Tarrant County Tax Assessor Collector; 6) Tarrant County Tax Assessor Collector; 7) Tarrant County Tax Assessor Collector.  For 108 Vanhool: See 2.1.  For 109 2008 Van HoolWC : See 2.1.  For 110 2019 Vanhool * Value range for these buses is $185,000-$: 1) U.S. Small Business Administration; 2) U.S. Small Business Administration; 3) Tarrant County Tax Assessor Collector; 4) Tarrant County Tax Assessor Collector; 5) Tarrant County Tax Assessor Collector; 6) Tarrant County Tax Assessor Collector; 7) Tarrant County Tax Assessor Collector.  For 111 2008 Van Hool : See 2.1.  For 114 2018 Van HoolWC * Value range for these buses is $185,00: See 2.3.  For 115 2019 Vanhool  * Value range for these buses is $185,000-: 1) U.S. Small Business Administration; 2) U.S. Small Business Administration; 3) Tarrant County Tax Assessor Collector; 4) Tarrant County Tax Assessor Collector; 5) Tarrant County Tax Assessor Collector; 6) Tarrant County Tax Assessor Collector; 7) Tarrant County Tax Assessor Collector.  For 117A 2017 Vanhool * Value range for these buses is $185,000-: 1) U.S. Small Business Administration; 2) U.S. Small Business Administration; 3) Tarrant County Tax Assessor Collector; 4) Tarrant County Tax Assessor Collector; 5) Tarrant County Tax Assessor Collector; 6) Tarrant County Tax Assessor Collector; 7) Tarrant County Tax Assessor Collector.  For 118A 2017 Vanhool  * Value range for these buses is $185,000: 1) U.S. Small Business Administration; 2) U.S. Small Business Administration; 3) Tarrant County Tax Assessor Collector; 4) Tarrant County Tax Assessor Collector; 5) Tarrant County Tax Assessor Collector; 6) Tarrant County Tax Assessor Collector; 7) Tarrant County Tax Assessor Collector.  For 121 2018 Van Hool * Value range for these buses is $185,000-: See 2.2.  For 122 2008 Van Hool : See 2.1.  For 123B 2017 Van Hool * Value range for these buses is $185,000: 1) U.S. Small Business Administration; 2) U.S. Small Business Administration; 3) Tarrant County Tax Assessor Collector; 4) Tarrant County Tax Assessor Collector; 5) Tarrant County Tax Assessor Collector; 6) Tarrant County Tax Assessor Collector; 7) Tarrant County Tax Assessor Collector.  For 124 2018 Van HoolWC * Value range for these buses is $185,00: See 2.3.  For 2008 Trailer : 1) U.S. Small Business Administration; 2) U.S. Small Business Administration; 3) Tarrant County Tax Assessor Collector; 4) Tarrant County Tax Assessor Collector; 5) Tarrant County Tax Assessor Collector; 6) Tarrant County Tax Assessor Collector; 7) Tarrant County Tax Assessor Collector.  For 2018 Dodge Van  : 1) U.S. Small Business Administration; 2) U.S. Small Business Administration; 3) Tarrant County Tax Assessor Collector; 4) Tarrant County Tax Assessor Collector; 5) Tarrant County Tax Assessor Collector; 6) Tarrant County Tax

Debtor **Cowtown Bus Charters, Inc.** _____ Case number (if known) **24-43242-mxm11**

| **Part 1:** | **Additional Page** | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.5**

**Creditor's name**
**Tarrant County Tax Assessor Collector**

**Creditor's mailing address**
**100 E. Weatherford St.**

_____

_____

**Fort Worth          TX     76196**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**        **1  9  0  6**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines **2.1, 2.2, 2.3, 2.4**

**Describe debtor's property that is subject to a lien**
**Ad Valorem Tax**

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$6,500.63**     Column B: **$416,495.00**

---

**2.6**

**Creditor's name**
**Tarrant County Tax Assessor Collector**

**Creditor's mailing address**
**100 E. Weatherford St.**

_____

_____

**Fort Worth          TX     76196**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**        **1  9  2  2**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines **2.1, 2.2, 2.3, 2.4**

**Describe debtor's property that is subject to a lien**
**Ad Valorem Tax**

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$6,614.27**     Column B: **$416,495.00**

---

09/19/2024 10:47:42am

Debtor    **Cowtown Bus Charters, Inc.**                                    Case number (if known) **24-43242-mxm11**

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A** — Amount of claim — Do not deduct the value of collateral.

**Column B** — Value of collateral that supports this claim

**2.7** Creditor's name
**Tarrant County Tax Assessor Collector**

Describe debtor's property that is subject to a lien
**Ad Valorem Tax**

$424.39          $416,495.00

Creditor's mailing address
**100 E. Weatherford St.**

Describe the lien

**Fort Worth                TX    76196**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number    **1  8  6  8**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines **2.1, 2.2, 2.3, 2.4**

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.8** Creditor's name
**Tarrant County Tax Assessor Collector**

Describe debtor's property that is subject to a lien
**Ad Valorem Tax**

$390.56          $416,495.00

Creditor's mailing address
**100 E. Weatherford St.**

Describe the lien

**Fort Worth                TX    76196**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number    **1  8  8  4**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines **2.1, 2.2, 2.3, 2.4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    **Cowtown Bus Charters, Inc.**                                    Case number (if known) **24-43242-mxm11**

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.9** **Creditor's name**
**U.S. Small Business Administration**

**Describe debtor's property that is subject to a lien**

**disaster/flood loan 2019**

$1,457,900.00        $1,171,737.99

**Creditor's mailing address**
**1545 Hawkins Blvd. Suite 202**

**Describe the lien**

**El Paso            TX    79925**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**    **12/2020**

**Last 4 digits of account number**    **7  0  0  6**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No.  Specify each creditor, including this creditor, and its relative priority.

For see attached: 1) U.S. Small Business Administration; 2) U.S. Small Business Administration.  For parts and supplies: 1) U.S. Small Business Administration; 2) U.S. Small Business Administration.  For miscellaneous furniture : See 2.4.  For 102a 2009 Van HoolWC : See 2.1.  For 104 2001 Vanhool : See 2.1.  For 105 2008 Vanhool : See 2.4.  For 106 2008 VanHool : See 2.4.  For 107B 2017 Vanhool * Value range for these buses is $185,000-: See 2.4.  For 108 Vanhool: See 2.1.  For 109 2008 Van HoolWC : See 2.1.  For 110 2019 Vanhool * Value range for these buses is $185,000-$: See 2.4.  For 111 2008 Van Hool : See 2.1.  For 114 2018 Van HoolWC * Value range for these buses is $185,00: See 2.3.  For 115 2019 Vanhool  * Value range for these buses is $185,000-: See 2.4.  For 117A 2017 Vanhool * Value range for these buses is $185,000-: See 2.4.  For 121 2018 Van Hool * Value range for these buses is $185,000-: See 2.2.  For 118A 2017 Vanhool  * Value range for these buses is $185,000: See 2.4.  For 122 2008 Van Hool : See 2.1.  For 123B 2017 Van Hool * Value range for these buses is $185,000: See 2.4.  For 124 2018 Van HoolWC * Value range for these buses is $185,00: See 2.3.  For 2008 Trailer : See 2.4.  For 2018 Dodge Van  : See 2.4.  For 206A 2016 Ford Ameritrans : See 2.4.  For 207 2012 GLAVAL : See 2.1.  For 208 2014 Ford ELD : See 2.4.  For 4 Water Tanks  5000 gallon each : See 2.4.  For Diesel Fuel Tank 12000 Gallon Tank leased: See 2.4.  For Propane Tanks 3 @ 1000 gallon each  1 @ 250 gallon : See 2.4.  For See attached.  Bus lift, bus washer lift, bus van trailer, m: See 2.4.  For Solar System 8 trackable units (12 panels per track) : See 2.4.  For Cowtown Charters, included in customer list value: 1) U.S. Small Business Administration; 2) U.S. Small Business Administration.  For www.cowtowncharters.com, included in the customer list value: 1) U.S. Small Business Administration; 2) U.S. Small Business Administration.  For US DOT, ICC, & MC #: 1) U.S. Small Business Administration; 2) U.S. Small Business Administration.  For Customer list, sales, this value incorporates some other int: 1) U.S. Small Business Administration; 2) U.S. Small Business Administration.

☐ Yes.  The relative priority of creditors is specified on lines _____

Debtor   **Cowtown Bus Charters, Inc.**                              Case number (if known) **24-43242-mxm11**

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | | | | |
|---|---|---|---|---|

**2.10**

**Creditor's name**
**U.S. Small Business Administration**

**Describe debtor's property that is subject to a lien**

**covid 19 disaster-economic injury**

$2,000,000.00         $1,171,737.99

**Creditor's mailing address**
**14925 Kingsport Rd.**

**Describe the lien**

**Fort Worth          TX    76155**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred   05/2020**

**Last 4 digits of account number          7   8   0   9**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is specified on lines   **2.1, 2.2, 2.3, 2.4, 2.9**

09/19/2024 10:47:42am

Debtor    **Cowtown Bus Charters, Inc.**                         Case number (if known)  **24-43242-mxm11**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|-----------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-------------------------------------------------------------|-------------------------------------------------|
| **Updike, Kelly & Spellacy, P.C.**<br>**c/o Evan S. Goldstein**<br>**225 Asylum Street, 20th Floor**<br><br>**Hartford**          **CT**     **06103** | Line    **2.3** | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Cowtown Bus Charters, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **24-43242-mxm11** |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1**  **Priority creditor's name and mailing address**

**Beauchamp/Cox Wedding**

**2611 Fountainview Dr.**

_____

**Corinth**          **TX**    **76210**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **7** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Charter**

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: **$395.69**     Priority amount: **$395.69**

**2.2**  **Priority creditor's name and mailing address**

**Billy Rorick**

**805 Virginia Blvd.**

_____

**Midlothian**       **TX**    **76065**

**Date or dates debt was incurred**
**08/10/24 - 08/20/24**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

**vacation pay $1,000**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: **$1,314.50**     Priority amount: **$1,314.50**

Debtor   **Cowtown Bus Charters, Inc.**                          Case number (if known)   **24-43242-mxm11**

## Part 1:     Additional Page

**Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | **Total claim** | **Priority amount** |
|---|---|---|

**2.3**   **Priority creditor's name and mailing address**

**Brenda Cross**

**7021 Rockdale Road**

**Fort Worth**            **TX**      **76134**

**Date or dates debt was incurred**
**08/10/24 - 08/20/24**

**Last 4 digits of account number**   __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(  **4**  )

**401k pay $_____**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$4,615.38**   Priority amount: **$4,615.38**

---

**2.4**   **Priority creditor's name and mailing address**

**Danello/Gwin Wedding**

**13302 Monument Parke**

**San Antonio**            **TX**      **78254**

**Date or dates debt was incurred**


**Last 4 digits of account number**   __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(  **7**  )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Charter**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$729.50**   Priority amount: **$729.50**

---

**2.5**   **Priority creditor's name and mailing address**

**Donald Shows**

**3403 Shady Creek Cir.**

**Red Oak**            **TX**      **75154**

**Date or dates debt was incurred**
**08/10/24 - 08/20/24**

**Last 4 digits of account number**   __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(  **4**  )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$1,213.25**   Priority amount: **$1,213.25**

---

| Debtor | **Cowtown Bus Charters, Inc.** | Case number (if known) | **24-43242-mxm11** |
|---|---|---|---|

## Part 1:   Additional Page

**Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | **Total claim** | **Priority amount** |
|---|---|---|

### 2.6   Priority creditor's name and mailing address

**Ethridge Wedding**

**10 Cardinal Ct.**

**Marlton                    NJ        08053**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Total claim** $819.09    **Priority amount** $819.09

**Basis for the claim:**

**Charter**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( **7** )

### 2.7   Priority creditor's name and mailing address

**Fulmer/Rudzinski Wedding**

**7505 Ramblewood**

**Garland                    TX        75044**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Total claim** $121.00    **Priority amount** $121.00

**Basis for the claim:**

**Charter**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( **7** )

### 2.8   Priority creditor's name and mailing address

**Jessica Altman**

**1433 Wilson Rd.**

**Waxahachie                  TX        75165**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Total claim** $2,730.77    **Priority amount** $2,730.77

**Basis for the claim:**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Date or dates debt was incurred**

**08/10/24 - 08/20/24**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( **4** )

Case 24-43242-mxm11   Doc 37   Filed 09/19/24   Entered 09/19/24 15:29:25   Desc Main
Document   Page 28 of 69

09/19/2024 10:47:43am

| Debtor | **Cowtown Bus Charters, Inc.** | Case number (if known) | **24-43242-mxm11** |

## Part 1:   Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.9**   Priority creditor's name and mailing address
**Joe Rios**

**2516 Willow Lane**

_____

**Irving                    TX       75060**

**Date or dates debt was incurred**
**08/10/24 - 08/20/24**

**Last 4 digits of account number**   __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim:** $1,923.10   **Priority amount:** $1,923.10

---

**2.10**   Priority creditor's name and mailing address
**Jose Esparza**

**1528 Four Season Ln. #212**

_____

**Fort Worth              TX       76140**

**Date or dates debt was incurred**
**08/10/24 - 08/20/24**

**Last 4 digits of account number**   __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( **4** )

**vacation pay $880**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim:** $1,084.82   **Priority amount:** $1,084.82

---

**2.11**   Priority creditor's name and mailing address
**Kelly/Manzello Wedding**

**3625 Button Bush Dr.**

_____

**Fort Worth              TX       76244**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( **7** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Charter**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim:** $296.45   **Priority amount:** $296.45

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page 4

Debtor    **Cowtown Bus Charters, Inc.**                          Case number (if known)    **24-43242-mxm11**

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.12** Priority creditor's name and mailing address

**Lacomble/Phelan Wedding**

**2317 Willing Ave.**

**Fort Worth                TX      76110**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **7** )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Charter**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Total claim: $1,100.00    Priority amount: $1,100.00**

---

**2.13** Priority creditor's name and mailing address

**Larry Hardin**

**4808 Ave G.**

**Fort Worth                TX      76105**

Date or dates debt was incurred
**08/10/24 - 08/20/24**

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Total claim: $1,115.50    Priority amount: $1,115.50**

---

**2.14** Priority creditor's name and mailing address

**Larry Washington**

**4131 Avenue M**

**Fort Worth                TX      76105**

Date or dates debt was incurred
**08/10/24 - 08/20/24**

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

**vacation pay $800**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Total claim: $1,043.20    Priority amount: $1,043.20**

Debtor   **Cowtown Bus Charters, Inc.**                                    Case number (if known)   **24-43242-mxm11**

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.15**   **Priority creditor's name and mailing address**
Leon Sterner

4508 Bradley Ln.

Arlington                    TX        76107

**Date or dates debt was incurred**
08/10/24 - 08/20/24

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(   **4**   )

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Total claim** $2,541.11     **Priority amount** $2,541.11

---

**2.16**   **Priority creditor's name and mailing address**
Malcolm and Steph's Wedding

4606 Austin St.

Houston                    TX     77004

**Date or dates debt was incurred**


**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(   **7**   )

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Charter

**Is the claim subject to offset?**
☒ No
☐ Yes

$473.43     $473.43

---

**2.17**   **Priority creditor's name and mailing address**
Miller/Carlton Wedding

3813 Linden Ave.

Fort Worth                    TX     76107

**Date or dates debt was incurred**


**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(   **7**   )

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Charter

**Is the claim subject to offset?**
☒ No
☐ Yes

$662.48     $662.48

Debtor   **Cowtown Bus Charters, Inc.**                                    Case number (if known)   **24-43242-mxm11**

## Part 1:   Additional Page

**Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | Total claim | Priority amount |
|---|---|---|

**2.18**   **Priority creditor's name and mailing address**

**Miyamoto Wedding**

**7320 Bishop Ct.**

**Fort Worth**                **TX**      **76179**

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( **7** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Charter**

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim **$236.23**   Priority amount **$236.23**

---

**2.19**   **Priority creditor's name and mailing address**

**Niko Pickens**

**7221 Park West Cir #211**

**Fort Worth**                **TX**      **76134**

**Date or dates debt was incurred**
**08/10/24 - 08/20/24**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim **$1,238.95**   Priority amount **$1,238.95**

---

**2.20**   **Priority creditor's name and mailing address**

**Patti Altman**

**7860 Townsend Rd.**

**Mansfield**                **TX**      **76063**

**Date or dates debt was incurred**
**08/10/24 - 08/20/24**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( **4** )

**401k pay $_____**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim **$2,934.62**   Priority amount **$2,934.62**

09/19/2024 12:38:14pm

Debtor    **Cowtown Bus Charters, Inc.**                                          Case number (if known)   **24-43242-mxm11**

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

| **2.21** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$283.00** | **$283.00** |

**Private Party - Annie Brown**

**3417 DePaul Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Denton            TX      76210**

**Basis for the claim:**

**Charter**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(  **7**  )

| **2.22** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$324.87** | **$324.87** |

**Private Party - Cray Pickering**

**6006 CR 1430**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Lubbock            TX      79407**

**Basis for the claim:**

**Charter**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(  **7**  )

| **2.23** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$559.47** | **$559.47** |

**Private Party - Jacob Dosselman**

**5349 Amesbury Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas            TX      75206**

**Basis for the claim:**

**Charter**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(  **7**  )

Debtor   **Cowtown Bus Charters, Inc.**                     Case number (if known)   **24-43242-mxm11**

---

## Part 1:   Additional Page

**Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.**

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.24**   **Priority creditor's name and mailing address**

**Private Party - Jennifer Dirksen**

**1035 Hwy. 7 SE**

**Montevideo**                **MN**      **56265**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( **7** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Charter**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$1,504.36**   Priority amount: **$1,504.36**

---

**2.25**   **Priority creditor's name and mailing address**

**Private Party - McJunkins**

**5508 Independence Ave.**

**Arlington**                **TX**      **76017**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( **7** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Charter**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$565.95**   Priority amount: **$565.95**

---

**2.26**   **Priority creditor's name and mailing address**

**Private Party - Sara Shields**

**2208 Primrose Ave.**

**Fort Worth**                **TX**      **76111**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( **7** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Charter**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$193.60**   Priority amount: **$193.60**

---

| Debtor | **Cowtown Bus Charters, Inc.** | Case number (if known) | **24-43242-mxm11** |
|--------|-------------------------------|------------------------|---------------------|

## Part 1:   Additional Page

**Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | **Total claim** | **Priority amount** |
|---|---|---|

**2.27**   **Priority creditor's name and mailing address**

**Reginald Garrett**

**309 Martha St.**

**Euless**                        **TX**      **76040**

**Date or dates debt was incurred**
**08/10/24 - 08/20/24**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

**vacation pay $1,000**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Total claim** $1,055.90   **Priority amount** $1,055.90

---

**2.28**   **Priority creditor's name and mailing address**

**Richard Kaempf**

**7008 Hardnose Lane**

**Fort Worth**                 **TX**      **76135**

**Date or dates debt was incurred**
**08/10/24 - 08/20/24**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

**401k pay $_____**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Total claim** $1,160.25   **Priority amount** $1,160.25

---

**2.29**   **Priority creditor's name and mailing address**

**Rita Brown**

**1025 Rock Springs**

**Burleson**                    **TX**      **76028**

**Date or dates debt was incurred**
**08/10/24 - 08/20/24**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

**401k pay $_____**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Total claim** $1,745.50   **Priority amount** $1,745.50

---

Debtor   **Cowtown Bus Charters, Inc.**                      Case number (if known)   **24-43242-mxm11**

## Part 1:   Additional Page

**Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | Total claim | Priority amount |
|---|---|---|

| **2.30** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,717.60** | **$1,717.60** |

Ronald Coleman

8211 Tombstone Dr.

☐ Contingent
☐ Unliquidated
☐ Disputed

Arlington                    TX       76001

**Basis for the claim:**

**Date or dates debt was incurred**
08/10/24 - 08/20/24

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

**vacation pay $1,000**
**401k pay $_____**

---

| **2.31** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$256.25** | **$256.25** |

Sandra Smith

815 S. Blue Quail Ct.

☐ Contingent
☐ Unliquidated
☐ Disputed

Granbury                    TX     76049

**Basis for the claim:**

**Date or dates debt was incurred**
August 2024

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

---

| **2.32** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,062.50** | **$1,062.50** |

Shawn Rice

2702 Lakeridge Ct.

☐ Contingent
☐ Unliquidated
☐ Disputed

Granbury                    TX     76048

**Basis for the claim:**

**Date or dates debt was incurred**
08/10/24 - 08/20/24

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

Debtor   **Cowtown Bus Charters, Inc.**                              Case number (if known)   **24-43242-mxm11**

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.**       **Total claim**       **Priority amount**

**2.33**   **Priority creditor's name and mailing address**
**Sureddin/Cagigal Wedding**
**4808 Windmill Lane**

**Flower Mound**            **TX**      **75028**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( **7** )

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Charter**

**Is the claim subject to offset?**
☑ No
☐ Yes

$537.60       $537.60

**2.34**   **Priority creditor's name and mailing address**
**Tanietsha Tims**
**3500 S. Riverside Dr. #2112**

**Fort Worth**            **TX**      **76119**

**Date or dates debt was incurred**
**08/10/24 - 08/20/24**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$520.24       $520.24

**2.35**   **Priority creditor's name and mailing address**
**Trent Sellers**
**800 Herberle Dr.**

**Burleson**            **TX**      **76028**

**Date or dates debt was incurred**
**August 2024**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$458.25       $458.25

Debtor   **Cowtown Bus Charters, Inc.**                                    Case number (if known)   **24-43242-mxm11**

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.**   If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $680.70 |
|---|---|---|
| **5354 Buick Skylark Club** <br> **540 Doubletree Drive** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Highland**          **TX**    **75077** | **Basis for the claim:** <br> **Charter** | |
| Date or dates debt was incurred | Is the claim subject to offset? | |
| Last 4 digits of account number   __ __ __ __ | ☑ No <br> ☐ Yes | |

| 3.2   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|
| **Agricultural Travel Agency** <br> **Hank van Dam Studierelzen** <br> **Espelerpad 3** <br> **Espel, 8311 PR, NL** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> **Charter** | |
| Date or dates debt was incurred | Is the claim subject to offset? | |
| Last 4 digits of account number   __ __ __ __ | ☑ No <br> ☐ Yes | |

| 3.3   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $617.88 |
|---|---|---|
| **Allen Heights Baptist Church** <br> **1309 E. Main St.** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Allen**          **TX**    **75002** | **Basis for the claim:** <br> **Charter** | |
| Date or dates debt was incurred | Is the claim subject to offset? | |
| Last 4 digits of account number   __ __ __ __ | ☑ No <br> ☐ Yes | |

| 3.4   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,504.36 |
|---|---|---|
| **Ally Turner Events** <br> **1423 Sweetgum Circle** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Keller**          **TX**    **76248** | **Basis for the claim:** <br> **Charter** | |
| Date or dates debt was incurred | Is the claim subject to offset? | |
| Last 4 digits of account number   __ __ __ __ | ☑ No <br> ☐ Yes | |

---

Debtor **Cowtown Bus Charters, Inc.**      Case number (if known) **24-43242-mxm11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.5 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,317.06**

**American Classic Tours & Music Festival**

**85 NE Loop 410 #616**

**Basis for the claim:**

**Charter**

**San Antonio**     **TX**    **78216**

**Is the claim subject to offset?**

Date or dates debt was incurred

☑ No

Last 4 digits of account number   __ __ __ __

☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,099.49**

**American Heritage Trails**

**11968 E 550 S**

**Basis for the claim:**

**Credit/Refund Due**

**LaOtto**     **IN**    **46763**

**Is the claim subject to offset?**

Date or dates debt was incurred

☑ No

Last 4 digits of account number   __ __ __ __

☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,356.18**

**Angelica Cantanti Youth Choirs**

**1800 West Old Shakopee Rd.**

**Basis for the claim:**

**Charter**

**Blomington**     **MN**    **55431**

**Is the claim subject to offset?**

Date or dates debt was incurred

☑ No

Last 4 digits of account number   __ __ __ __

☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,116.23**

**Antique Toy Collectors of America**

**1225 NW John Jones**

**Basis for the claim:**

**Charter**

**Burleson**     **TX**    **76028**

**Is the claim subject to offset?**

Date or dates debt was incurred

☑ No

Last 4 digits of account number   __ __ __ __

☐ Yes

---

Debtor    **Cowtown Bus Charters, Inc.**                              Case number (if known)   **24-43242-mxm11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.9** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,841.00** |
|---|---|---|

**Birchman Baptist Church**

**9100 N. Normandale**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Fort Worth**          **TX**    **76116**

**Basis for the claim:**
**Charter**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **3.10** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$119,000.00** |
|---|---|---|

**Brenda Cross**

**7021 Rockdale Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Fort Worth**          **TX**    **76134**

**Basis for the claim:**
**loan to Cowtown**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **3.11** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$907.50** |
|---|---|---|

**BWI Companies**

**1355 North Kings Highway**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nash**          **TX**    **75569**

**Basis for the claim:**
**Charter**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **3.12** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$211.92** |
|---|---|---|

**Camp Copass**

**8200 E. McKinney St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Denton**          **TX**    **76208**

**Basis for the claim:**
**Charter**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

09/19/2024 10:47:43am

| Debtor | **Cowtown Bus Charters, Inc.** | Case number (if known) | **24-43242-mxm11** |
|---|---|---|---|

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.13   Nonpriority creditor's name and mailing address

**CCIS**

**7512 Dr. Phillip Blvd. #50-343**

**Orlando**          **FL**    **32819**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Charter**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,544.42**

### 3.14   Nonpriority creditor's name and mailing address

**Chase Ink, Cardmember Service**

**P.O. Box 6294**

**Carol Stream**        **IL**    **60197-6294**

Date or dates debt was incurred    **08/18/2024**

Last 4 digits of account number    **6   1   1   9**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$62,572.56**

### 3.15   Nonpriority creditor's name and mailing address

**Christ Community Church**

**701 E. Centennial Blvd.**

**Richardson**        **TX**    **75081**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Charter**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$736.95**

### 3.16   Nonpriority creditor's name and mailing address

**Ciera Bank**

**P.O. Box 540**

**Graham**          **TX**    **76450**

Date or dates debt was incurred    **02/2021**

Last 4 digits of account number    **8   3   0   2**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**PPP**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$32,221.33**

Debtor    **Cowtown Bus Charters, Inc.**                              Case number (if known)   **24-43242-mxm11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17**   **Nonpriority creditor's name and mailing address**

**CitiBusiness**

**P.O. Box 78081**

**Phoenix**                      **AZ**      **85062-8081**

Date or dates debt was incurred      **08/18/2024**

Last 4 digits of account number      **3   0   2   2**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$18,094.71**

---

**3.18**   **Nonpriority creditor's name and mailing address**

**Country Day On The Hill**

**P.O. Box 52**

**Cedar Hill**                    **TX**      **75106**

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Charter**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,011.58**

---

**3.19**   **Nonpriority creditor's name and mailing address**

**Covenant Classical School**

**1701 Wind Star Way**

**Fort Worth**                    **TX**      **76108**

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Charter**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,365.20**

---

**3.20**   **Nonpriority creditor's name and mailing address**

**Cowtown Birthplace of Western Swing**

**3228 Collinsworth St.**

**Fort Worth**                    **TX**      **76107**

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Charter**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$466.23**

---

Debtor    **Cowtown Bus Charters, Inc.**                                    Case number (if known) **24-43242-mxm11**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                    **Amount of claim**

---

**3.21** | **Nonpriority creditor's name and mailing address**

**Cruise One**

**7700 Hilton Head**

**McKinney**                **TX**        **75072**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,250.00**

---

**3.22** | **Nonpriority creditor's name and mailing address**

**Cummins**

**P.O. Box 772642**

**Detroit**                **MI**        **48277-2642**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,538.31**

---

**3.23** | **Nonpriority creditor's name and mailing address**

**Del Webb Union Park - L0496**

**7600 Del Webb Blvd.**

**Little Elm**                **TX**        **76227**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$26.16**

---

**3.24** | **Nonpriority creditor's name and mailing address**

**Directors Choice**

**7201 109th St.**

**Lubbock**                **TX**        **79424**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Credit/Refund Due**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,530.16**

---

Debtor **Cowtown Bus Charters, Inc.**       Case number (if known)    **24-43242-mxm11**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                         **Amount of claim**

---

**3.25**   **Nonpriority creditor's name and mailing address**

**Discover Card**

**P.O. Box 71242**

**Charlotte**      **NC**    **28272-1242**

Date or dates debt was incurred    **8/18/2024**

Last 4 digits of account number    **7 5 2 9**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Credit Card**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$6,847.10**

---

**3.26**   **Nonpriority creditor's name and mailing address**

**Douglas Distributing**

**325 E. Forest Ave, Box 1124**

**Sherman**      **TX**    **75091**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Charter - lease tank**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$0.00**

---

**3.27**   **Nonpriority creditor's name and mailing address**

**Eastlake High School**

**1120 Eastlake Parkway**

**Chula Vista**      **CA**    **91915**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Charter**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$1,350.60**

---

**3.28**   **Nonpriority creditor's name and mailing address**

**Fred and Carol's Traveltime**

**811 Sherwood Ct.**

**Midlothian**      **TX**    **76065**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Charter**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$4,111.56**

---

Debtor    **Cowtown Bus Charters, Inc.**                                    Case number (if known)   **24-43242-mxm11**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $380.05 |
| --- | --- | --- | --- |

**Friends of Georgia**

**10162 FM 2204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Longview**     **TX**     **75603**

**Basis for the claim:**
**Charter**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,554.53 |
| --- | --- | --- | --- |

**Grace Prep Academy**

**3300 W I-20**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Arlington**     **TX**     **76017**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,315.11 |
| --- | --- | --- | --- |

**Greenwood Baptist Church**

**1504 Greenwood Cutoff Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Weatherford**     **TX**     **76088**

**Basis for the claim:**
**Charter**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $197.67 |
| --- | --- | --- | --- |

**Leadership Fort Worth Inc.**

**5049 Edwards Ranch Rd. Floor 4**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Fort Worth**     **TX**     **76109**

**Basis for the claim:**
**Charter**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor      **Cowtown Bus Charters, Inc.** _____        Case number (if known)   **24-43242-mxm11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29,789.55** |
|---|---|---|---|

Leyton USA, Inc

Barnett & Garcia PLLC

3821 Juniper Trace, Suite 108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Austin          TX     78738

**Date or dates debt was incurred**     03/02/2022

**Last 4 digits of account number**     __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$423.84** |
|---|---|---|---|

MasterBrand Cabinets

One Masterbrand Cabinets Dr.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Charter

Jasper          IN     47546

**Date or dates debt was incurred**

**Last 4 digits of account number**     __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$248.97** |
|---|---|---|---|

Mount Moriah Baptist Church Hillsboro

233 S. Church St.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Charter

Hillsboro          TX     76645

**Date or dates debt was incurred**

**Last 4 digits of account number**     __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,189.58** |
|---|---|---|---|

Mountain Plumbing

2611 Regent Blvd.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Charter

Irving          TX     75063

**Date or dates debt was incurred**

**Last 4 digits of account number**     __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

09/19/2024 10:47:43am

| Debtor | **Cowtown Bus Charters, Inc.** | Case number (if known) | **24-43242-mxm11** |
|---|---|---|---|

## Part 2:   Additional Page

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| | |
|---|---|
| **3.37**   **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**National Cowgirl Museum**

**1720 Gendy St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,048.16**

**Basis for the claim:**

**Fort Worth**               **TX      76109**

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | |
|---|---|
| **3.38**   **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**North Texas Commission**

**8445 Freeport Pkwy**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,834.21**

**Basis for the claim:**
**Charter**

**Irving**               **TX      75063**

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | |
|---|---|
| **3.39**   **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Northwood Church**

**1870 Rufe Snow**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$433.12**

**Basis for the claim:**
**Charter**

**Keller**               **TX      76248**

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | |
|---|---|
| **3.40**   **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Our Fathers Children**

**6250 NE Loop 820**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,915.07**

**Basis for the claim:**
**Credit/Refund**

**North Richland Hills**               **TX      76180**

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Cowtown Bus Charters, Inc.**                                    Case number (if known)   **24-43242-mxm11**

---

## Part 2:    Additional Page

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

| | | |
|---|---|---|
| **3.41**   **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,568.40** |

**Perform-America**

**5517 Louetta Rd. Suite B**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Spring**    **TX**    **77379**

**Basis for the claim:**
**Charter**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☒ No
☐ Yes

---

| | | |
|---|---|---|
| **3.42**   **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,195.43** |

**Pratt & Whitney**

**1177 N. Great Southwest Pky**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Grand Prairie**    **TX**    **75050**

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☒ No
☐ Yes

---

| | | |
|---|---|---|
| **3.43**   **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$46,330.00** |

**Production Transport Nevada, Inc.**

**3753 Howard Hughes Pkwy.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Las Vegas**    **NV**    **89169**

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☒ No
☐ Yes

---

| | | |
|---|---|---|
| **3.44**   **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$875.94** |

**Red Bull North America**

**5800 Granite Pkwy.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Plano**    **TX**    **75024**

**Basis for the claim:**
**Charter**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☒ No
☐ Yes

---

Debtor **Cowtown Bus Charters, Inc.** | Case number (if known) **24-43242-mxm11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Samsara**

**1990 Alameda St. Floor 5**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**San Francisco**   CA   94103   **EID Program**

Date or dates debt was incurred

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,295.21** |

**Stanford House**

**401 W Garnett**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**Gainesville**   TX   76240   **Charter**

Date or dates debt was incurred

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,435.00** |

**Strangers Rest Baptist (74M)**

**5705 Donnelly**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**Fort Worth**   TX   76107

Date or dates debt was incurred

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Suburban Propane**

**8401 Jacksboro Highway, #550**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**Fort Worth**   TX   76135   **Propane tank - month to month lease**

Date or dates debt was incurred

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __

---

| Debtor | **Cowtown Bus Charters, Inc.** | Case number (if known) | **24-43242-mxm11** |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.49**    **Nonpriority creditor's name and mailing address**

**Summit Quest**

**2901 Roper Dr.**

**Plano**                                 **TX      75025**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Charter**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$785.00**

---

**3.50**    **Nonpriority creditor's name and mailing address**

**T-Mobile**

**P.O. Box 742596**

**Cincinnati**                           **OH      45274-2596**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Cell phones/wifi**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.51**    **Nonpriority creditor's name and mailing address**

**Texas Commission on Environmental Qualit**

**Attn: Dana Johnson**

**P.O. Box 13087**

**Austin**                               **TX      78711-3087**

Date or dates debt was incurred

Last 4 digits of account number      **0  2  2  0**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$20,202.55**

---

**3.52**    **Nonpriority creditor's name and mailing address**

**Texas State Soil & Water Conserv. Board**

**1497 Country View Ln.**

**Temple**                               **TX      76504**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Charter**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$226.88**

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 25

Debtor      **Cowtown Bus Charters, Inc.**                                    Case number (if known)   **24-43242-mxm11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.53 | **Nonpriority creditor's name and mailing address** |

**The Davey Tree Expert**

**1500 N. Mantua St.**

**Portage County**          OH      44240

**Date or dates debt was incurred**

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,699.04**

---

| 3.54 | **Nonpriority creditor's name and mailing address** |

**Travel Leaders Student Tours**

**958 Montimar Dr.**

**Mobile**          AL      36609

**Date or dates debt was incurred**

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Charter**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,675.08**

---

| 3.55 | **Nonpriority creditor's name and mailing address** |

**Trinity Bible Church**

**4936 E. I-20 Service Rd. S**

**Willow Park**          TX      76087

**Date or dates debt was incurred**

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Charter**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$722.03**

---

| 3.56 | **Nonpriority creditor's name and mailing address** |

**Upper Trinity Regional Water District**

**900 N. Kealy St.**

**Lewisville**          TX      75057

**Date or dates debt was incurred**

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Charter**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$274.45**

---

Official Form 206E/F              **Schedule E/F: Creditors Who Have Unsecured Claims**              page 26

Debtor    **Cowtown Bus Charters, Inc.**                                    Case number (if known)   **24-43242-mxm11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $466.61 |

**VHL Alliance**

**P.O. Box 844682**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Boston**                    MA      02284

**Basis for the claim:**
**Charter**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,039.50 |

**Viridian Residential Association**

**10700 Prairie Lakes Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Eden Prairie**              MN      55344-3858

**Basis for the claim:**
**Charter**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,435.00 |

**VN Coach**

**2365 Houston St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Grand Prairie**            TX      75050

**Basis for the claim:**

Date or dates debt was incurred    **07/08/2024**

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,384.86 |

**Waco ISD**

**501 Frankline Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Waco**                      TX      76701

**Basis for the claim:**
**Charter**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Cowtown Bus Charters, Inc.**                                  Case number (if known)    **24-43242-mxm11**

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**                  **Amount of claim**

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,193.50 |

**Wesley Prepatory**

**9200 Inwood Rd.**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Dallas                    TX        75220**

**Basis for the claim:**

**Charter**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

- ☑ No
- ☐ Yes

Debtor     **Cowtown Bus Charters, Inc.**                                    Case number (if known)   **24-43242-mxm11**

## Part 3:     List Others to Be Notified About Unsecured Claims

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1   **Douglas R. Hafer** <br> **301 West Abram Street** <br><br> **Arlington          TX      76010** | Line   **3.33** <br> ☐ Not listed.  Explain: | __ __ __ __ |
| 4.2   **Ian A. McCarthy** <br> **3821 Juniper Trace, Suite 108** <br><br> **Austin          TX      78738** | Line   **3.33** <br> ☐ Not listed.  Explain: | __ __ __ __ |
| 4.3   **Matias Eduardo Garcia** <br> **3821 Juniper Trace, Suite 108** <br><br> **Austin          TX      78738** | Line   **3.33** <br> ☐ Not listed.  Explain: | __ __ __ __ |

Debtor **Cowtown Bus Charters, Inc.**      Case number (if known) **24-43242-mxm11**

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
| --- | --- |

**5.**     **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
| --- | --- | --- |
| 5a. | **Total claims from Part 1** | 5a.     **$38,534.41** |
| 5b. | **Total claims from Part 2** | 5b. **+**     **$431,453.53** |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c.     **$469,987.94** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Cowtown Bus Charters, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **24-43242-mxm11**     Chapter    **11** |

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Charter Contract to be ASSUMED | **5354 Buick Skylark Club** |
|---|---|---|---|
| | | | **540 Doubletree Drive** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Highland                TX      75077** |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | pending charter work Contract to be ASSUMED | **Agricultural Travel Agency** |
|---|---|---|---|
| | | | **Hank van Dam Studierelzen** |
| | | | **Espelerpad 3** |
| | State the term remaining | | **Espel, 8311 PR, NL** |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | pending charter work Contract to be ASSUMED | **Allen Heights Baptist Church** |
|---|---|---|---|
| | | | **1309 E Main St.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Allen                TX      75002** |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Charter Contract to be ASSUMED | **Ally Turner Events** |
|---|---|---|---|
| | | | **1423 Sweetgum Circle** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Keller                TX      76248** |

| Debtor | **Cowtown Bus Charters, Inc.** | Case number (if known) | **24-43242-mxm11** |
|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | charter<br>Contract to be ASSUMED | **American Classic Tours & Music Festival**<br>**85 NE Loop 410 #616** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **San Antonio**  **TX**  **78216** |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | Charter<br>Contract to be ASSUMED | **American Heritage Trails**<br>**11968 E 550 S** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **LaOtto**  **IN**  **46763** |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | Charter<br>Contract to be ASSUMED | **Angelica Cantanti Youth Choirs**<br>**1800 West Old Shakopee Rd.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Blomington**  **MN**  **55431** |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | Charter<br>Contract to be ASSUMED | **Antique Toy Collectors of America**<br>**1225 NW John Jones** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Burleson**  **TX**  **76028** |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | Charter<br>Contract to be ASSUMED | **Beauchamp/Cox Wedding**<br>**2611 Fountainview Dr.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Corinth**  **TX**  **76210** |

| Debtor | **Cowtown Bus Charters, Inc.** | Case number (if known) | **24-43242-mxm11** |
|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.10**

State what the contract or lease is for and the nature of the debtor's interest

**Charter**
**Contract to be ASSUMED**

State the term remaining

List the contract number of any government contract

**Birchman Baptist Church**
**9100 N. Normandale**

**Fort Worth                TX        76116**

**2.11**

State what the contract or lease is for and the nature of the debtor's interest

**Charter**
**Contract to be ASSUMED**

State the term remaining

List the contract number of any government contract

**BWI Companies**
**1355 North Kings Highway**

**Nash                      TX        75569**

**2.12**

State what the contract or lease is for and the nature of the debtor's interest

**Charter**
**Contract to be ASSUMED**

State the term remaining

List the contract number of any government contract

**Camp Copass**
**8200 E. McKinney St.**

**Denton                    TX        76208**

**2.13**

State what the contract or lease is for and the nature of the debtor's interest

**Charter**
**Contract to be ASSUMED**

State the term remaining

List the contract number of any government contract

**CCIS**
**7512 Dr. Phillip Blvd. #50-343**

**Orlando                   FL        32819**

**2.14**

State what the contract or lease is for and the nature of the debtor's interest

**Charter**
**Contract to be ASSUMED**

State the term remaining

List the contract number of any government contract

**Christ Community Church**
**701 E. Centennial Blvd.**

**Richardson                TX        75081**

Debtor      **Cowtown Bus Charters, Inc.**                          Case number (if known)   **24-43242-mxm11**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest | **Charter** **Contract to be ASSUMED** | **Country Day On The Hill** **P.O. Box 52** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Cedar Hill**        **TX**      **75106** |
| **2.16** | State what the contract or lease is for and the nature of the debtor's interest | **Charter** **Contract to be ASSUMED** | **Covenant Classical School** **1701 Wind Star Way** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fort Worth**        **TX**      **76108** |
| **2.17** | State what the contract or lease is for and the nature of the debtor's interest | **Charter** **Contract to be ASSUMED** | **Cowtown Birthplace of Western Swing** **3228 Collinsworth St.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fort Worth**        **TX**      **76107** |
| **2.18** | State what the contract or lease is for and the nature of the debtor's interest | **Charter** **Contract to be ASSUMED** | **Danello/Gwin Wedding** **13302 Monument Parke** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **San Antonio**        **TX**      **78254** |
| **2.19** | State what the contract or lease is for and the nature of the debtor's interest | **diesel fueltank - auto renews yearly** **Contract to be ASSUMED** | **Douglas Distributing** **325 E. Forest Ave, Box 1124** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Sherman**        **TX**      **75091** |

Debtor      **Cowtown Bus Charters, Inc.**                                    Case number (if known)   **24-43242-mxm11**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.20** | State what the contract or lease is for and the nature of the debtor's interest | **Charter**<br>**Contract to be ASSUMED** | **Eastlake High School**<br>**1120 Eastlake Parkway** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Chula Vista**          **CA**      **91915** |
| **2.21** | State what the contract or lease is for and the nature of the debtor's interest | **Charter**<br>**Contract to be ASSUMED** | **Ethridge Wedding**<br>**10 Cardinal Ct.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Marlton**          **NJ**      **08053** |
| **2.22** | State what the contract or lease is for and the nature of the debtor's interest | **Charter**<br>**Contract to be ASSUMED** | **Fred and Carol's Traveltime**<br>**811 Sherwood Ct.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Midlothian**          **TX**      **76065** |
| **2.23** | State what the contract or lease is for and the nature of the debtor's interest | **Charter**<br>**Contract to be ASSUMED** | **Friends of Georgia**<br>**10162 FM 2204** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Longview**          **TX**      **75603** |
| **2.24** | State what the contract or lease is for and the nature of the debtor's interest | **Charter**<br>**Contract to be ASSUMED** | **Fulmer/Rudzinski Wedding**<br>**7505 Ramblewood** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Garland**          **TX**      **75044** |

Debtor      **Cowtown Bus Charters, Inc.**                          Case number (if known)   **24-43242-mxm11**

█   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.25** State what the contract or lease is for and the nature of the debtor's interest

Charter
Contract to be ASSUMED

**Greenwood Baptist Church**
**1504 Greenwood Cutoff Rd.**

State the term remaining

List the contract number of any government contract

**Weatherford**          **TX**      **76088**

**2.26** State what the contract or lease is for and the nature of the debtor's interest

Charter
Contract to be ASSUMED

**Kelly/Manzello Wedding**
**3625 Button Bush Dr.**

State the term remaining

List the contract number of any government contract

**Fort Worth**          **TX**      **76244**

**2.27** State what the contract or lease is for and the nature of the debtor's interest

pending charter work
Contract to be ASSUMED

**Lacomble/Phelan Wedding**
**2317 Willing Ave.**

State the term remaining

List the contract number of any government contract

**Fort Worth**          **TX**      **76110**

**2.28** State what the contract or lease is for and the nature of the debtor's interest

Charter
Contract to be ASSUMED

**Leadership Fort Worth Inc.**
**5049 Edwards Ranch Rd. Floor 4**

State the term remaining

List the contract number of any government contract

**Fort Worth**          **TX**      **76109**

**2.29** State what the contract or lease is for and the nature of the debtor's interest

Charter
Contract to be ASSUMED

**Malcolm and Steph's Wedding**
**4606 Austin St.**

State the term remaining

List the contract number of any government contract

**Houston**          **TX**      **77004**

09/19/2024 10:47:44am

Debtor    **Cowtown Bus Charters, Inc.**                              Case number (if known)   **24-43242-mxm11**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

**2.30**

| State what the contract or lease is for and the nature of the debtor's interest | **Charter** **Contract to be ASSUMED** | **MasterBrand Cabinets** **One Masterbrand Cabinets Dr.** |
|---|---|---|
| State the term remaining | | |
| List the contract number of any government contract | | **Jasper**          **IN**    **47546** |

**2.31**

| State what the contract or lease is for and the nature of the debtor's interest | **pending charter work** **Contract to be ASSUMED** | **Miller/Carlton Wedding** **3813 Linden Ave** |
|---|---|---|
| State the term remaining | | |
| List the contract number of any government contract | | **Fort Worth**          **TX**    **76107** |

**2.32**

| State what the contract or lease is for and the nature of the debtor's interest | **Charter** **Contract to be ASSUMED** | **Miyamoto Wedding** **7320 Bishop Ct.** |
|---|---|---|
| State the term remaining | | |
| List the contract number of any government contract | | **Fort Worth**          **TX**    **76179** |

**2.33**

| State what the contract or lease is for and the nature of the debtor's interest | **Charter** **Contract to be ASSUMED** | **Mount Moriah Baptist Church Hillsboro** **233 S. Church St.** |
|---|---|---|
| State the term remaining | | |
| List the contract number of any government contract | | **Hillsboro**          **TX**    **76645** |

**2.34**

| State what the contract or lease is for and the nature of the debtor's interest | **Charter** **Contract to be ASSUMED** | **Mountain Plumbing** **2611 Regent Blvd.** |
|---|---|---|
| State the term remaining | | |
| List the contract number of any government contract | | **Irving**          **TX**    **75063** |

Official Form 206G            Schedule G: Executory Contracts and Unexpired Leases                   page 7

Debtor    **Cowtown Bus Charters, Inc.**_____    Case number (if known)   **24-43242-mxm11**_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | Charter<br>Contract to be ASSUMED | North Texas Commission<br>8445 Freeport Pkwy |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Irving                TX       75063 |

| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | Charter<br>Contract to be ASSUMED | Northwood Church<br>1870 Rufe Snow |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Keller                TX       76248 |

| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | Charter<br>Contract to be ASSUMED | Perform-America<br>5517 Louetta Rd. Suite B |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Spring                TX       77379 |

| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | Charter<br>Contract to be ASSUMED | Private Party - Annie Brown<br>3417 DePaul Dr. |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Denton                TX       76210 |

| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | Charter<br>Contract to be ASSUMED | Private Party - Cray Pickering<br>6006 CR 1430 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Lubbock                TX       79407 |

Debtor    **Cowtown Bus Charters, Inc.**                              Case number (if known)    **24-43242-mxm11**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**2.40**  State what the contract or lease is for and the nature of the debtor's interest

**Charter**
**Contract to be ASSUMED**

**Private Party - Jacob Dosselman**
**5349 Amesbury Dr.**

State the term remaining

List the contract number of any government contract

**Dallas**                    **TX**        **75206**

**2.41**  State what the contract or lease is for and the nature of the debtor's interest

**Charter**
**Contract to be ASSUMED**

**Private Party - Jennifer Dirksen**
**1035 Hwy. 7 SE**

State the term remaining

List the contract number of any government contract

**Montevideo**                **MN**        **56265**

**2.42**  State what the contract or lease is for and the nature of the debtor's interest

**Charter**
**Contract to be ASSUMED**

**Private Party - McJunkins**
**5508 Independence Ave.**

State the term remaining

List the contract number of any government contract

**Arlington**                 **TX**        **76017**

**2.43**  State what the contract or lease is for and the nature of the debtor's interest

**pending charter work**
**Contract to be ASSUMED**

**Private Party - Sara Shields**
**2208 Primrose Ave**

State the term remaining

List the contract number of any government contract

**Fort Worth**                **TX**        **76111**

**2.44**  State what the contract or lease is for and the nature of the debtor's interest

**Charter**
**Contract to be ASSUMED**

**Red Bull North America**
**5800 Granite Pkwy.**

State the term remaining

List the contract number of any government contract

**Plano**                     **TX**        **75024**

Debtor  **Cowtown Bus Charters, Inc.**                              Case number (if known)   **24-43242-mxm11**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.45** | State what the contract or lease is for and the nature of the debtor's interest | **EID program**<br>**Contract to be ASSUMED** | **Samsara**<br>**1990 Alameda St. Floor 5** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **San Francisco**   **CA**   **94103** |
| **2.46** | State what the contract or lease is for and the nature of the debtor's interest | **Charter**<br>**Contract to be ASSUMED** | **Stanford House**<br>**401 W Garnett** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Gainesville**   **TX**   **76240** |
| **2.47** | State what the contract or lease is for and the nature of the debtor's interest | **propane tank - month to month lease**<br>**Contract to be ASSUMED** | **Suburban Propane**<br>**Suburban Propane**<br>**8401 Jacksboro Highway, #550** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fort Worth**   **TX**   **76135** |
| **2.48** | State what the contract or lease is for and the nature of the debtor's interest | **Charter**<br>**Contract to be ASSUMED** | **Summit Quest**<br>**2901 Roper Dr.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Plano**   **TX**   **75025** |
| **2.49** | State what the contract or lease is for and the nature of the debtor's interest | **Charter**<br>**Contract to be ASSUMED** | **Sureddin/Cagigal Wedding**<br>**4808 Windmill Lane** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Flower Mound**   **TX**   **75028** |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          page 10

Debtor     **Cowtown Bus Charters, Inc.**                          Case number (if known)   **24-43242-mxm11**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**List all contracts and unexpired leases**                 **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**2.50**  State what the contract or lease is for and the nature of the debtor's interest | cell phones/wifi **Contract to be ASSUMED** | **T-Mobile** **P.O. Box 742596**

State the term remaining

List the contract number of any government contract | | **Cincinnati          OH       45274-2596**

**2.51**  State what the contract or lease is for and the nature of the debtor's interest | pending charter work **Contract to be ASSUMED** | **Texas State Soil & Water Conserv. Board** **1497 Country View Ln.**

State the term remaining

List the contract number of any government contract | | **Temple               TX       76504**

**2.52**  State what the contract or lease is for and the nature of the debtor's interest | **Charter** **Contract to be ASSUMED** | **Travel Leaders Student Tours** **958 Montimar Dr.**

State the term remaining

List the contract number of any government contract | | **Mobile               AL       36609**

**2.53**  State what the contract or lease is for and the nature of the debtor's interest | **Charter** **Contract to be ASSUMED** | **Trinity Bible Church** **4936 E. I-20 Service Rd. S**

State the term remaining

List the contract number of any government contract | | **Willow Park          TX       76087**

**2.54**  State what the contract or lease is for and the nature of the debtor's interest | **Charter** **Contract to be ASSUMED** | **Upper Trinity Regional Water District** **900 N. Kealy St.**

State the term remaining

List the contract number of any government contract | | **Lewisville           TX       75057**

Debtor     **Cowtown Bus Charters, Inc.**                          Case number (if known)   **24-43242-mxm11**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.55** | State what the contract or lease is for and the nature of the debtor's interest | Charter<br>Contract to be ASSUMED | **VHL Alliance**<br>**P.O. Box 844682** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Boston**            **MA**      **02284** |
| **2.56** | State what the contract or lease is for and the nature of the debtor's interest | Charter<br>Contract to be ASSUMED | **Viridian Residential Association**<br>**10700 Prairie Lakes Dr.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Eden Prairie**        **MN**     **55344-3858** |
| **2.57** | State what the contract or lease is for and the nature of the debtor's interest | Charter<br>Contract to be ASSUMED | **Waco ISD**<br>**501 Frankline Ave** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Waco**              **TX**      **76701** |
| **2.58** | State what the contract or lease is for and the nature of the debtor's interest | Charter<br>Contract to be ASSUMED | **Wesley Prepatory**<br>**9200 Inwood Rd.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dallas**             **TX**      **75220** |

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          page 12

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Cowtown Bus Charters, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **24-43242-mxm11** |

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | **Check all schedules that apply:** |
| **2.1 Cowtown Transportation Company, LLC** | **5504 Forest Hill Drive** <br> Number Street <br><br> **Fort Worth** **TX** **76119** <br> City State ZIP Code | **First Savings Bank/SBA** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.2 William Earl Pippin, deceased** | **7021 Rockdale Rd.** <br> Number Street <br><br> **Fort Worth** **TX** **76134** <br> City State ZIP Code | **First Savings Bank/SBA** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.3 William Earl Pippin, deceased** | **7021 Rockdale Rd.** <br> Number Street <br><br> **Fort Worth** **TX** **76134** <br> City State ZIP Code | **Ciera Bank** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.4 William Earl Pippin, deceased** | **7021 Rockdale Rd.** <br> Number Street <br><br> **Fort Worth** **TX** **76134** <br> City State ZIP Code | **U.S. Small Business Administration** | ☑ D <br> ☐ E/F <br> ☐ G |

Debtor    **Cowtown Bus Charters, Inc.**                    Case number (if known)    **24-43242-mxm11**

## Additional Page if Debtor Has More Codebtors

*Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.*

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

**Name**                    **Mailing address**                                    **Name**                    *Check all schedules that apply:*

**2.5**  **William Earl Pippin, deceased**    **7021 Rockdale Rd.**    **U.S. Small Business Administration**    ☑ D
Number        Street    ☐ E/F
☐ G

**Fort Worth**        **TX    76134**
City                        State    ZIP Code

**2.6**  **William Earl Pippin, deceased**    **7021 Rockdale Rd.**    **M&T Capital and Leasing Corp**    ☑ D
Number        Street    ☐ E/F
☐ G

**Fort Worth**        **TX    76134**
City                        State    ZIP Code

**2.7**  **William Earl Pippin, deceased**    **7021 Rockdale Rd.**    **Huntington f/k/a TCF Equipment & Leasing**    ☑ D
Number        Street    ☐ E/F
☐ G

**Fort Worth**        **TX    76134**
City                        State    ZIP Code

Official Form 206H                    **Schedule H: Codebtors**                    page 2

09/19/2024 10:47:45am

**Fill in this information to identify the case:**

Debtor Name  **Cowtown Bus Charters, Inc.**

United States Bankruptcy Court for the:  **NORTHERN DISTRICT OF TEXAS**

Case number (if known):  **24-43242-mxm11**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| **Part 1:** | **Summary of Assets** |
| --- | --- |

1.   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a.  **Real property:**
   Copy line 88 from Schedule A/B......................................................................................... | **$0.00**

   1b.  **Total personal property:**
   Copy line 91A from Schedule A/B..................................................................................... | **$1,260,762.59**

   1c.  **Total of all property**
   Copy line 92 from Schedule A/B....................................................................................... | **$1,260,762.59**

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... | **$6,397,767.67**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a.  **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F........................................................ | **$38,534.41**

   3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................... | + **$431,453.53**

4.   **Total liabilities**
Lines 2 + 3a + 3b........................................................................................................................... | **$6,867,755.61**