**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Cowtown Bus Charters, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **24-43242-mxm11** |

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply. | Gross revenue (before deductions and exclusions |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2024** to Filing date | ☑ Operating a business ☐ Other | **$2,688,299.85** |
| **For prior year:** From **01/01/2023** to **12/31/2023** | ☑ Operating a business ☐ Other | **$4,195,579.69** |
| **For the year before that:** From **01/01/2022** to **12/31/2022** | ☑ Operating a business ☐ Other | **$4,197,949.77** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See the attached list.** Creditor's name | | | ☐ Secured debt |
| Street | | | ☐ Unsecured loan repayments |
| | | | ☐ Suppliers or vendors |
| | | | ☐ Services |
| City     State   ZIP Code | | | ☐ Other |

## Cowtown Bus Charters
## Transaction List by Date
### June 6-September 6, 2024

| | Name | Date | Transaction type | Num | Account full name | Amount |
|---|---|---|---|---|---|---|
| comdata | | | | | | |
| | comdata | 06/06/2024 | Check | eft | 16000 Charter Costs:4159 Meals | -$ 243.13 |
| | comdata | 06/13/2024 | Check | eft | 16000 Charter Costs:4159 Meals | -$ 1,140.86 |
| | comdata | 06/20/2024 | Check | eft | 16000 Charter Costs:4159 Meals | -$ 811.14 |
| | comdata | 06/26/2024 | Check | eft | 16000 Charter Costs:4159 Meals | -$ 1,041.41 |
| | comdata | 07/03/2024 | Check | eft | 16000 Charter Costs:4159 Meals | -$ 1,472.55 |
| | comdata | 07/11/2024 | Check | eft | 16000 Charter Costs:4159 Meals | -$ 816.00 |
| | comdata | 07/17/2024 | Check | eft | 16000 Charter Costs:4159 Meals | -$ 1,296.25 |
| | comdata | 07/25/2024 | Check | eft | 16000 Charter Costs:4159 Meals | -$ 201.00 |
| | comdata | 08/15/2024 | Check | eft | 16000 Charter Costs:4159 Meals | -$ 268.74 |
| | comdata | 08/28/2024 | Check | eft | 16000 Charter Costs:4159 Meals | -$ 121.65 |
| | comdata | 09/04/2024 | Check | eft | 16000 Charter Costs:4159 Meals | -$ 642.00 |
| **Total for comdata** | | | | | | **-$ 8,054.73** |
| People's Capital & Leasing Corp. | | | | | | |
| | People's Capital & Leasing Corp. | 06/07/2024 | Check | eft | 17300 Equipment  lease building:6171 Equipment Lease | -$ 6,679.33 |
| | People's Capital & Leasing Corp. | 06/15/2024 | Check | eft | 17300 Equipment  lease building:6171 Equipment Lease | -$ 7,009.44 |
| | People's Capital & Leasing Corp. | 06/15/2024 | Check | eft | 17300 Equipment  lease building:6171 Equipment Lease | -$ 7,169.46 |
| | People's Capital & Leasing Corp. | 06/15/2024 | Check | eft | 17300 Equipment  lease building:6171 Equipment Lease | -$ 6,701.16 |
| | People's Capital & Leasing Corp. | 06/22/2024 | Check | eft | 17300 Equipment  lease building:6171 Equipment Lease | -$ 7,109.36 |
| | People's Capital & Leasing Corp. | 06/30/2024 | Check | eft | 17300 Equipment  lease building:6171 Equipment Lease | -$ 13,589.82 |
| | People's Capital & Leasing Corp. | 07/01/2024 | Check | eft | 17300 Equipment  lease building:6171 Equipment Lease | -$ 6,715.09 |
| | People's Capital & Leasing Corp. | 07/06/2024 | Check | eft | 17300 Equipment  lease building:6171 Equipment Lease | -$ 6,679.33 |

| | | | | | 17300 Equipment lease building:6171 Equipment Lease | | |
|---|---|---|---|---|---|---|---|
| | People's Capital & Leasing Corp. | 07/15/2024 | Check | eft | 17300 Equipment lease building:6171 Equipment Lease | -$ | 7,009.44 |
| | People's Capital & Leasing Corp. | 07/15/2024 | Check | eft | 17300 Equipment lease building:6171 Equipment Lease | -$ | 7,169.46 |
| | People's Capital & Leasing Corp. | 07/15/2024 | Check | eft | 17300 Equipment lease building:6171 Equipment Lease | -$ | 6,701.16 |
| | People's Capital & Leasing Corp. | 07/22/2024 | Check | eft | 17300 Equipment lease building:6171 Equipment Lease | -$ | 7,109.36 |
| **Total for People's Capital & Leasing Corp.** | | | | | | **-$** | **89,642.41** |
| TCF Equipment Financing | | | | | | | |
| | TCF Equipment Financing | 06/07/2024 | Check | 3562 | 13000 Long Term Liabilities:201181 TCF Bus 121 | -$ | 7,395.47 |
| | TCF Equipment Financing | 07/07/2024 | Check | eft | | -$ | 7,764.74 |
| **Total for TCF Equipment Financing** | | | | | | **-$** | **15,160.21** |
| ABC Companies | | | | | | | |
| | ABC Companies | 06/10/2024 | Bill Payment (Check) | 3564 | 12300 Accounts Payable | -$ | 3,709.10 |
| | ABC Companies | 06/13/2024 | Bill Payment (Check) | 3587 | 12300 Accounts Payable | -$ | 4,939.62 |
| | ABC Companies | 06/17/2024 | Bill Payment (Check) | 3601 | 12300 Accounts Payable | -$ | 1,293.21 |
| | ABC Companies | 06/24/2024 | Bill Payment (Check) | 3619 | 12300 Accounts Payable | -$ | 3,220.10 |
| | ABC Companies | 07/11/2024 | Bill Payment (Check) | 3630 | 12300 Accounts Payable | -$ | 4,673.97 |
| | ABC Companies | 07/15/2024 | Bill Payment (Check) | 3632 | 12300 Accounts Payable | -$ | 176.60 |
| | ABC Companies | 07/22/2024 | Bill Payment (Check) | 3659 | 12300 Accounts Payable | -$ | 4,123.98 |
| | ABC Companies | 07/29/2024 | Bill Payment (Check) | 3675 | 12300 Accounts Payable | -$ | 1,847.50 |
| | ABC Companies | 08/08/2024 | Bill Payment (Check) | 3697 | 12300 Accounts Payable | -$ | 2,301.12 |
| | ABC Companies | 08/15/2024 | Bill Payment (Check) | 3714 | 12300 Accounts Payable | -$ | 2,682.63 |
| | ABC Companies | 08/16/2024 | Bill Payment (Check) | 3716 | 12300 Accounts Payable | -$ | 201.49 |
| | ABC Companies | 08/26/2024 | Bill Payment (Check) | 3725 | 12300 Accounts Payable | -$ | 428.75 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total for ABC Companies** | | | | | | -$ | **16,969.05** |
| Cowser Tire | | | | | | | |
| | Cowser Tire | 06/10/2024 | Bill Payment (Check) | 3572 | 12300 Accounts Payable | -$ | 8,579.00 |
| | Cowser Tire | 06/13/2024 | Bill Payment (Check) | 3582 | 12300 Accounts Payable | -$ | 1,897.55 |
| | Cowser Tire | 06/24/2024 | Bill Payment (Check) | 3614 | 12300 Accounts Payable | -$ | 235.00 |
| | Cowser Tire | 06/27/2024 | Bill Payment (Check) | 3624 | 12300 Accounts Payable | -$ | 14,818.27 |
| | Cowser Tire | 07/15/2024 | Bill Payment (Check) | 3637 | 12300 Accounts Payable | -$ | 785.00 |
| | Cowser Tire | 07/22/2024 | Bill Payment (Check) | 3660 | 12300 Accounts Payable | -$ | 399.72 |
| | Cowser Tire | 07/29/2024 | Bill Payment (Check) | 3679 | 12300 Accounts Payable | -$ | 570.00 |
| | Cowser Tire | 07/30/2024 | Bill Payment (Check) | 3690 | 12300 Accounts Payable | -$ | 145.61 |
| | Cowser Tire | 08/08/2024 | Bill Payment (Check) | 3698 | 12300 Accounts Payable | -$ | 316.85 |
| | Cowser Tire | 08/15/2024 | Bill Payment (Check) | 3715 | 12300 Accounts Payable | -$ | 6,371.67 |
| | Cowser Tire | 08/26/2024 | Bill Payment (Check) | 3726 | 12300 Accounts Payable | -$ | 195.00 |
| **Total for Cowser Tire** | | | | | | -$ | **26,109.13** |
| NTTA | | | | | | | |
| | NTTA | 06/11/2024 | Expense | | 16000 Charter Costs:4157 Hotel , Park,Car,Plane | $ | 1,000.00 |
| | NTTA | 06/13/2024 | Expense | | 16000 Charter Costs:4157 Hotel , Park,Car,Plane | $ | 1,000.00 |
| | NTTA | 06/20/2024 | Expense | | 16000 Charter Costs:4157 Hotel , Park,Car,Plane | $ | 1,000.00 |
| | NTTA | 06/26/2024 | Expense | | 16000 Charter Costs:4157 Hotel , Park,Car,Plane | $ | 1,000.00 |
| | NTTA | 06/26/2024 | Expense | | 16000 Charter Costs:4157 Hotel , Park,Car,Plane | $ | 4.20 |
| | NTTA | 07/02/2024 | Expense | | 16000 Charter Costs:4157 Hotel , Park,Car,Plane | $ | 1,000.00 |
| | NTTA | 07/15/2024 | Expense | | 16000 Charter Costs:4157 Hotel , Park,Car,Plane | $ | 1,000.00 |
| | NTTA | 07/15/2024 | Expense | | 16000 Charter Costs:4157 Hotel , Park,Car,Plane | $ | 1,000.00 |
| | NTTA | 07/15/2024 | Expense | | 16000 Charter Costs:4157 Hotel , Park,Car,Plane | $ | 500.00 |
| | NTTA | 08/07/2024 | Expense | | 16000 Charter Costs:4157 Hotel , Park,Car,Plane | $ | 500.00 |
| | NTTA | 08/09/2024 | Expense | | 16000 Charter Costs:4157 Hotel , Park,Car,Plane | $ | 500.00 |
| | NTTA | 08/12/2024 | Expense | | 16000 Charter Costs:4157 Hotel , Park,Car,Plane | $ | 500.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | NTTA | 08/22/2024 | Expense | | 16000 Charter Costs:4157 Hotel , Park,Car,Plane | $ | 500.00 |
| **Total for NTTA** | | | | | | **$** | **9,504.20** |
| Citi a advantage | | | | | | | |
| | Citi a advantage | 06/11/2024 | Check | eft | 12500 Credit cards:2061 Citibank Plat Sel AAdvantage | -$ | 1,500.00 |
| | Citi a advantage | 06/17/2024 | Check | eft | 12500 Credit cards:2061 Citibank Plat Sel AAdvantage | -$ | 3,000.00 |
| | Citi a advantage | 07/09/2024 | Check | eft | 12500 Credit cards:2061 Citibank Plat Sel AAdvantage | -$ | 520.48 |
| | Citi a advantage | 07/11/2024 | Check | eft | 12500 Credit cards:2061 Citibank Plat Sel AAdvantage | -$ | 1,500.00 |
| | Citi a advantage | 07/24/2024 | Check | eft | 12500 Credit cards:2061 Citibank Plat Sel AAdvantage | -$ | 1,000.00 |
| | Citi a advantage | 08/07/2024 | Check | eft | 12500 Credit cards:2061 Citibank Plat Sel AAdvantage | -$ | 1,000.00 |
| | Citi a advantage | 08/14/2024 | Check | eft | 12500 Credit cards:2061 Citibank Plat Sel AAdvantage | -$ | 1,000.00 |
| | Citi a advantage | 08/28/2024 | Check | eft | 12500 Credit cards:2061 Citibank Plat Sel AAdvantage | -$ | 1,000.00 |
| **Total for Citi a advantage** | | | | | | **-$** | **10,520.48** |
| IRS | | | | | | | |
| | IRS | 06/12/2024 | Tax Payment | | Payroll Liabilities:Federal Taxes (941/943/944) | -$ | 14,310.42 |
| | IRS | 06/26/2024 | Tax Payment | | Payroll Liabilities:Federal Taxes (941/943/944) | -$ | 11,717.82 |
| | IRS | 07/10/2024 | Tax Payment | | Payroll Liabilities:Federal Taxes (941/943/944) | -$ | 11,499.78 |
| | IRS | 07/24/2024 | Tax Payment | | Payroll Liabilities:Federal Taxes (941/943/944) | -$ | 10,371.49 |
| | IRS | 08/07/2024 | Tax Payment | | Payroll Liabilities:Federal Taxes (941/943/944) | -$ | 7,951.29 |
| | IRS | 08/21/2024 | Tax Payment | | Payroll Liabilities:Federal Taxes (941/943/944) | -$ | 6,830.63 |
| | IRS | 09/05/2024 | Tax Payment | | Payroll Liabilities:Federal Taxes (941/943/944) | -$ | 5,342.89 |
| **Total for IRS** | | | | | | **-$** | **68,024.32** |
| Ascensus Trust | | | | | | | |
| | Ascensus Trust | 06/14/2024 | Check | eft | | -$ | 2,652.52 |
| | Ascensus Trust | 06/24/2024 | Bill Payment (Check) | 3620 | 12300 Accounts Payable | -$ | 801.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Ascensus Trust | 06/25/2024 | Check | eft | | -$ | 1,925.99 |
| | Ascensus Trust | 07/12/2024 | Check | eft | | -$ | 2,016.38 |
| | Ascensus Trust | 07/26/2024 | Check | eft | | -$ | 1,920.69 |
| | Ascensus Trust | 08/08/2024 | Check | eft | | -$ | 1,401.08 |
| | Ascensus Trust | 08/14/2024 | Check | eft | | -$ | 1,420.29 |
| | Ascensus Trust | 08/26/2024 | Check | eft | | -$ | 1,053.92 |
| **Total for Ascensus Trust** | | | | | | **-$** | **13,191.87** |
| Douglass Distributing | | | | | | | |
| | Douglass Distributing | 06/17/2024 | Check | eft | 1525 Inventory:1526 fuel tank | -$ | 10,950.43 |
| | Douglass Distributing | 06/27/2024 | Check | eft | 1525 Inventory:1526 fuel tank | -$ | 13,143.94 |
| | Douglass Distributing | 07/11/2024 | Check | eft | 1525 Inventory:1526 fuel tank | -$ | 15,337.71 |
| | Douglass Distributing | 08/02/2024 | Check | eft | 1525 Inventory:1526 fuel tank | -$ | 6,464.79 |
| | Douglass Distributing | 08/15/2024 | Check | eft | 1525 Inventory:1526 fuel tank | -$ | 9,130.19 |
| **Total for Douglass Distributing** | | | | | | **-$** | **55,027.06** |
| Healthcare.gov | | | | | | | |
| | Healthcare.gov | 06/20/2024 | Check | eft | 17500 Insurance:6197 Employee Health Ins. | -$ | 6,028.12 |
| | Healthcare.gov | 07/18/2024 | Check | eft | 17500 Insurance:6197 Employee Health Ins. | -$ | 6,028.12 |
| | Healthcare.gov | 08/01/2024 | Check | eft | 17500 Insurance:6197 Employee Health Ins. | -$ | 6,028.12 |
| **Total for Healthcare.gov** | | | | | | **-$** | **18,084.36** |
| SBA | | | | | | | |
| | SBA | 06/20/2024 | Check | eft | 13000 Long Term Liabilities:2199022 SBA EIDL 2022 | -$ | 9,852.00 |
| | SBA | 06/20/2024 | Bill Payment (Check) | eft | 12300 Accounts Payable | -$ | 4,651.00 |
| | SBA | 07/08/2024 | Check | eft | 13000 Long Term Liabilities:2199018 SBA disaster Loan 8% Nov 2018 | -$ | 4,651.00 |
| **Total for SBA** | | | | | | **-$** | **14,503.00** |
| National Interstate | | | | | | | |
| | National Interstate | 06/21/2024 | Check | 3605 | 17500 Insurance:6181 Bus Ins | -$ | 40,000.00 |
| | National Interstate | 07/24/2024 | Bill Payment (Check) | 3671 | 12300 Accounts Payable | -$ | 33,473.24 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | National Interstate | 08/28/2024 | Check | 3734 | 17500 Insurance:6181 Bus Ins | -$ | 37,134.30 |
| **Total for National Interstate** | | | | | | **-$** | **77,134.30** |
| First Savings Bank | | | | | | | |
| | First Savings Bank | 07/01/2024 | Check | eft | | -$ | 3,055.77 |
| | First Savings Bank | 07/28/2024 | Check | eft | | -$ | 3,064.07 |
| | First Savings Bank | 09/02/2024 | Check | eft | | -$ | 3,064.07 |
| **Total for First Savings Bank** | | | | | | **-$** | **9,183.91** |
| Focus Merchant Services | | | | | | | |
| | Focus Merchant Services | 07/02/2024 | Check | eft | 16000 Charter Costs:4151 Credit Card Discount | -$ | 1,958.70 |
| | Focus Merchant Services | 08/02/2024 | Check | eft | 16000 Charter Costs:4151 Credit Card Discount | -$ | 4,112.49 |
| | Focus Merchant Services | 09/03/2024 | Check | eft | 16000 Charter Costs:4151 Credit Card Discount | -$ | 1,775.32 |
| **Total for Focus Merchant Services** | | | | | | **-$** | **7,846.51** |
| Brenda P. Cross | | | | | | | |
| | Brenda P. Cross | 07/12/2024 | Check | 3631 | 13000 Long Term Liabilities:12813 loan bcross | -$ | 8,500.00 |
| **Total for Brenda P. Cross** | | | | | | **-$** | **8,500.00** |
| Cadence Bank | | | | | | | |
| | Cadence Bank | 07/31/2024 | Check | 3692 | 2287 Cadence Bank Main | -$ | 10,000.00 |
| | Cadence Bank | 07/31/2024 | Check | 3693 | 2288 Cadence Bank Debit | -$ | 2,000.00 |
| **Total for Cadence Bank** | | | | | | **-$** | **12,000.00** |
| Griffith, Jay & Michel, LLP | | | | | | | |
| | Griffith, Jay & Michel, LLP | 08/01/2024 | Check | 3696 | 17700 Professional Fees:6280 Legal Fees | -$ | 30,000.00 |
| | Griffith, Jay & Michel, LLP | 09/05/2024 | Check | | 17700 Professional Fees:6280 Legal Fees | -$ | 15,000.00 |
| **Total for Griffith, Jay & Michel, LLP** | | | | | | **-$** | **45,000.00** |

| Debtor | **Cowtown Bus Charters, Inc.** | Case number (if known) | **24-43242-mxm11** |
|---|---|---|---|
| | Name | | |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Brenda P. Cross**<br>Insider's name<br>**7021 Rockdale Road**<br>Street | **9/6/23 to 9/6/24** | **$107,692.20** | **gross payroll** |
| | **Fort Worth**　**TX**　**76134**<br>City　　State　ZIP Code | | | |
| | Relationship to debtor<br>**Vice President/President** | | | |

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.2. | **Patti Altman**<br>Insider's name<br>**7860 Townsend Rd.**<br>Street | **9/6/23 to 9/6/24** | **$71,864.62** | **gross payroll** |
| | **Mansfield**　**TX**　**76063**<br>City　　State　ZIP Code | | | |
| | Relationship to debtor<br>**Vice President** | | | |

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.3. | **Jessica Altman**<br>Insider's name<br>**1433 Wilson Rd.**<br>Street | **9/6/23 to 9/6/24** | **$68,313.47** | **gross payroll** |
| | **Waxahachie**　**TX**　**76165**<br>City　　State　ZIP Code | | | |
| | Relationship to debtor<br>**Secretary** | | | |

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.4. | **Rita Brown**<br>Insider's name<br>**1025 Rock Springs**<br>Street | **9/6/23 to 9/6/24** | **$45,519.10** | **gross payroll** |
| | **Burleson**　**TX**　**76028**<br>City　　State　ZIP Code | | | |
| | Relationship to debtor<br>**Chief Safety Officer** | | | |

09/19/2024 10:47:52am

Debtor **Cowtown Bus Charters, Inc.** _____  Case number (if known) **24-43242-mxm11**
Name

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.5.  **Brenda P. Cross** <br> Insider's name <br> **7021 Rockdale Road** <br> Street | **9/6/23 to** <br> **9/6/24** | **$35,500.00** | **loan repayment to Brenda** <br> **loaned to Cowtown Charters** |

**Fort Worth** _____ **TX** ____ **76134** _____
City                          State    ZIP Code

**Relationship to debtor**

**Vice President/President**

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Leyton USA, Inc vs.** <br> **Cowtown Bus Charters, Inc.** | **Employee retention credit** | **County Court at Law #3** <br> Name <br> **100 W. Weatherford St.** <br> Street <br> **Room 290A** | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number <br> **2023-001889-3** | | **Fort Worth**  **TX**  **76196** <br> City    State   ZIP Code | |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor  **Cowtown Bus Charters, Inc.**                          Case number (if known)  **24-43242-mxm11**
        Name

## Part 4:   Certain Gifts and Charitable Contributions

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:   Certain Losses

10.   **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 206A/B *(Schedule A/B: Assets -- Real and Personal Property)*. | | |
| **Bus 108 - another vehicle hit our bus and totaled bus (bent frame) $50,000.00 plus lost revenue** | | **9/1/2023** | **$50,000.00** |

## Part 6:   Certain Payments or Transfers

11.   **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Griffith, Jay & Michel, LLP** | | **08/01/2024** | **$30,000.00** |

Address

**2200 Forest Park Blvd.**
Street

_____

**Fort Worth**        **TX**   **76110**
City            State   ZIP Code

Email or website address
**www.lawgjm.com**

Who made the payment, if not debtor?

_____

| Debtor | **Cowtown Bus Charters, Inc.** | Case number (if known) | **24-43242-mxm11** |
|---|---|---|---|
| | Name | | |

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

## 13. Transfers not already listed on this statement

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Andy Gene Dunlap** | **Sprinter Van** | **6/12/2023** | **$15,000.00** |

**Address**

**5093 3rd Ave, NE**
Street

| **Ardmore** | **OK** | **73401** |
|---|---|---|
| City | State | ZIP Code |

**Relationship to debtor**

**no relationship**

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | **Danny Rendon Jr.** | **Ford F650** | **6/3/2023** | **$3,463.87** |

**Address**

**110 Mesquite Dr.**
Street

| **Weatherford** | **TX** | **76086** |
|---|---|---|
| City | State | ZIP Code |

**Relationship to debtor**

**no relationship**

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.3. | **Bob Tucker Motors, LLC** | **2008 VanHool** | **7/23/2024** | **$40,000.00** |

**Address**

**P.O. Box 332**
Street

| **Marion** | **AR** | **72364** |
|---|---|---|
| City | State | ZIP Code |

**Relationship to debtor**

**no relationship**

| Debtor | **Cowtown Bus Charters, Inc.** | Case number (if known) | **24-43242-mxm11** |
|---|---|---|---|
| | Name | | |

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes.  State the nature of the information collected and retained

   **phone numbers, addresses, and credit card info if supplied to us for payment**

   Does the debtor have a privacy policy about that information?
   ☑ No.
   ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No.  Go to Part 10.
☑ Yes.  Does the debtor serve as plan administrator?
   ☐ No.  Go to Part 10.
   ☑ Yes.   Fill in below:

| **Name of plan** | **Employer Identification number of the plan** |
|---|---|
| **Ascensus Trust Cowtown Salvation** | EIN:  7  5 – 2  3  4  1  0  9  7 |

   Has the plan been terminated?
   ☑ No
   ☐ Yes

Debtor    **Cowtown Bus Charters, Inc.**                                   Case number (if known)    **24-43242-mxm11**
          Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☐ None

| **Owner's name and address** | **Location of the property** | **Description of the property** | **Value** |
|---|---|---|---|
| **See the attached list.** | _____ | | _____ |
| Name | _____ | | |
| _____ | _____ | | |
| Street | | | |
| _____ | | | |
| _____ | | | |
| City          State   ZIP Code | | | |

Form 207 Part 11

| Owners Name/Address | Location of property | Description of Property | Value |
|---|---|---|---|
| Jessica Altman | 5504 Forest Hill Dr. Ft. Worth, TX 76119 | Personal Items | 250 |
| 1433 Wlson Rd. Waxahachie, TX 75165 | | | |
| Patti Altman | 5504 Forest Hill Dr. Ft. Worth, TX 76119 | Personal Items | 250 |
| 7860 Townsend Rd, Mansfield, TX 76063 | | | |
| Rita Brown | 5504 Forest Hill Dr. Ft. Worth, TX 76119 | Personal Items | 30000 |
| 1025 Rock Springs, Burleson TX 76028 | | Travel Trailer | |
| Joe Rios | 5504 Forest Hill Dr. Ft. Worth, TX 76119 | Personal Items | 250 |
| 2516 Willow Lane Irving, TX 75060 | | | |
| Leon Sterner | 5504 Forest Hill Dr. Ft. Worth, TX 76119 | Tools and Equipment | 15000 |
| 4508 Bradley Ln. Arlington, TX 76107 | | | |
| David Franks/S & J Mobile Repair | 5504 Forest Hill Dr. Ft. Worth, TX 76119 | Tools, Equipment, parts & Box Truck | 250000 |
| 1113 Wildwood Circle, Bedford, TX 76021 | | | |
| Jose Esparza | 5504 Forest Hill Dr. Ft. Worth, TX 76119 | Personal Items | 250 |
| 1528 Four Season Ln #212 FW, TX 76140 | | | |
| Brenda Cross | 5504 Forest Hill Dr. Ft. Worth, TX 76119 | Personal Items in office, shop, | 75000 |
| 7021 Rockdale Rd FW 76134 | | 2 Shipping Containers and sheds | |
| | | Travel Trailer | |
| Tony Cross | 5504 Forest Hill Dr. Ft. Worth, TX 76119 | 2 work vans | 20000 |
| 7021 Rockdale Rd. FW 76134 | | Electrical equipment and parts | |
| Misc Employees | 5504 Forest Hill Dr. Ft. Worth, TX 76119 | personal cars on day of work | ??? |

Debtor   **Cowtown Bus Charters, Inc.** _____   Case number (if known)   **24-43242-mxm11** _____
Name

---

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
    Include settlements and orders.

    ☒ No
    ☐ Yes.  Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☒ No
    ☐ Yes.  Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

    ☒ No
    ☐ Yes.  Provide details below.

---

## Part 13:   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

    ☒ None

26. **Books, records, and financial statements**

    26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

    | Name and address | | Dates of service | |
    | --- | --- | --- | --- |
    | 26a.1. **Keith Earl CPA** | | From   **2004** | To   **Present** |
    | Name | | | |
    | **P.O. Box 381269** | | | |
    | Street | | | |
    | | | | |
    | **Duncanville**          **TX**       **75138** | | | |
    | City                        State       ZIP Code | | | |

---

Debtor **Cowtown Bus Charters, Inc.** _____  Case number (if known) **24-43242-mxm11** _____
_____Name_____

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

**Name and address**      **Dates of service**

26b.1. **Keith Earl CPA** _____      From ___**2004**___ To ___**Present**___
Name
**P.O. Box 381269** _____
Street

_____

**Duncanville**_____ **TX** ___ **75138**___
City      State    ZIP Code

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address**      **If any books of account and records are unavailable, explain why**

26c.1. **Keith Earl CPA** _____
Name
**P.O. Box 381269** _____
Street

_____

**Duncanville**_____ **TX** ___ **75138**___
City      State    ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1. **First Savings Bank** _____
Name
**301 Southern Indiana Avenue** _____
Street

_____

**Jeffersonville**_____ **IN** ___ **47130**___
City      State    ZIP Code

**Name and address**

26d.2. **Ciera Bank** _____
Name
**P.O. Box 540** _____
Street

_____

**Graham**_____ **TX** ___ **76450**___
City      State    ZIP Code

**Name and address**

26d.3. **M&T Capital and Leasing Corp** _____
Name
**850 Main St.** _____
Street
**BC 03-CC#8005** _____

**Bridgeport**_____ **CT** ___ **06604-4913**___
City      State    ZIP Code

Debtor   **Cowtown Bus Charters, Inc.**                                Case number (if known)   **24-43242-mxm11**
         Name

**Name and address**

26d.4.   **Avalon Motorcoaches, LLC**
         Name
         **312 Martin Avenue**
         Street

         **Santa Clara**                    **CA**        **95050**
         City                                State       ZIP Code

**Name and address**

26d.5.   **Trivest Partners/Star Shuttle**
         Name
         **2811 Ponce de Leon Blvd, #400**
         Street

         **Coral Gables**                    **FL**        **33134**
         City                                State       ZIP Code

**Name and address**

26d.6.   **Village Travel**
         Name
         **4255 N. Ridge Rd.**
         Street

         **Wichita**                         **KS**        **67205**
         City                                State       ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.   Give the details about the two most recent inventories.

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Brenda Cross** | **7021 Rockdale Road**<br>**Fort Worth, TX 76134** | **Director** | **100%** |
| **Patti Altman** | **7860 Townsend Rd.**<br>**Mansfield, TX 76063** | **Vice President** | **0%** |
| **Jessica Altman** | **1433 Wilson Rd.**<br>**Waxahachie, TX 75165** | **Secretary** | **0%** |
| **Rita Brown** | **1025 Rock Springs**<br>**Burleson, TX 76028** | **Chief Safety Officer** | **0%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes.   Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **William Earl Pippin (deceased) A** | | **Owner 100%** | From **2005** To **2023** |

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page 10

| Debtor | Cowtown Bus Charters, Inc. | Case number (if known) | 24-43242-mxm11 |
|---|---|---|---|
| | Name | | |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1. **See list attached to SOFA**
Name
**Part 2, No. 3**
Street

City                State    ZIP Code

**Relationship to debtor**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.2. **Brenda P. Cross**
Name
**7021 Rockdale Road**
Street

**Fort Worth        TX    76134**
City                State    ZIP Code

**Relationship to debtor**
**Vice President/President**

Amount: **gross payroll $107,692.20**
Dates: **9/6/23 to 9/6/24**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.3. **Patti Altman**
Name
**7860 Townsend Rd.**
Street

**Mansfield        TX    76063**
City                State    ZIP Code

**Relationship to debtor**
**Secretary/Vice President**

Amount: **gross payroll $71,864.62**
Dates: **9/6/23 to 9/6/24**

| Debtor | **Cowtown Bus Charters, Inc.** | | Case number (if known) | **24-43242-mxm11** |
|---|---|---|---|---|
| | Name | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.4. **Jessica Altman**
Name
**1433 Wilson Rd.**
Street

**Waxahachie**      **TX**    **75165**
City                        State    ZIP Code

**Relationship to debtor**

**Secretary**

**gross payroll**
**$68,313.47**

Dates: **9/6/23 to 9/6/24**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.5. **Rita Brown**
Name
**1025 Rock Springs**
Street

**Burleson**      **TX**    **76028**
City                     State    ZIP Code

**Relationship to debtor**

**Chief Safety Officer**

**gross payroll**
**$45,519.10**

Dates: **9/6/23 to 9/6/24**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

**Name of the pension fund**
**Ascensus Trust 401K**

**Employer Identification number of the pension fund**
EIN: **7   5 – 2   3   4   1   0   9   7**

Debtor   **Cowtown Bus Charters, Inc.**                                         Case number (if known)   **24-43242-mxm11**
Name

---

| Part 14: | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **9/19/2024**
MM / DD / YYYY

X _____                              Printed name   **Brenda Cross**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   **President and Director**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

---