Mark J. Petrocchi
State Bar No. 15851750
GRIFFITH, JAY & MICHEL, LLP
2200 Forest Park Blvd.
Fort Worth, TX 76110
Phone (817) 926-2500
Fax (817) 926-2505
mpetrocchi@lawgjm.com
COUNSEL FOR COWTOWN BUS CHARTERS, INC.
AND COWTOWN TRANSPORTATION COMPANY, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN Re: | § | |
| | § | |
| COWTOWN BUS CHARTERS, INC. | § | Jointly Administered Under Case |
| and | § | No. 24-43242-mxm11 |
| COWTOWN TRANSPORTATION | § | |
| COMPANY, LLC | § | |
| | § | |
| Debtor(s) | § | |

## MOTION FOR ORDER SETTING DEADLINES
## RELATED TO DISCLOSURE STATEMENT

COME NOW Cowtown Bus Charters, Inc. and Cowtown Transportation Company, LLC (the "Debtors"), and file this Motion for Order Setting Deadlines Related to Disclosure Statement, and in support thereof would respectfully show the Court as follows:

1. The Debtors have filed a plan and disclosure statement. Most of the assets in connection with this case have been liquidated. The Debtors seek approval of the plan and disclosure statement as an alternative that is believed to be less expensive than the appointment of a trustee. The principal of the Debtor caused this case to be filed in order to protect those persons doing business with Cowtown, to protect employees of Cowtown, and to provide the highest potential return to secured creditors.

2.      The Debtors seek approval of a disclosure statement. The Court has a potential date for hearing on September 3, 2025 at 11:00 A.M. The Debtors believe it is appropriate for objections, if any, to be filed no later than September 1, 2025 in connection with the hearing. The Debtors ask that the Court enter an order setting a deadline for objections, if any, to the disclosure statement as September 1, 2025.

WHEREFORE, PREMISES, CONSIDERED, the Debtors pray that this Court set a deadline for the filing of objections to the disclosure statement which shall be noticed to creditors and for such other relief as is just and equitable.

Respectfully submitted,

GRIFFITH, JAY & MICHEL, LLP

By:*/s/Mark J. Petrocchi*
    Mark J. Petrocchi
State Bar No. 15851750
2200 Forest Park Blvd.
Fort Worth, TX  76110
Phone (817) 926-2500
Fax (817) 926-2505
mpetrocchi@lawgjm.com
COUNSEL FOR THE DEBTORS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused a true and correct copy of the above and foregoing document to be served upon those parties registered on the ECF filing system of the court on this 25th day of July 2025.

*/s/Mark J. Petrocchi*
Mark J. Petrocchi