Mark J. Petrocchi
State Bar No. 15851750
GRIFFITH, JAY & MICHEL, LLP
2200 Forest Park Blvd.
Fort Worth, TX  76110
Phone (817) 926-2500
Fax (817) 926-2505
mpetrocchi@lawgjm.com
COUNSEL FOR COWTOWN BUS CHARTERS, INC.
AND COWTOWN TRANSPORTATION COMPANY, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN Re: | § | |
| | § | |
| COWTOWN BUS CHARTERS, INC. | § | Jointly Administered Under Case |
| and | § | No. 24-43242-mxm11 |
| COWTOWN TRANSPORTATION | § | |
| COMPANY, LLC | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT Cowtown Bus Charters, Inc. and Cowtown Transportation Company, LLC in the above styled and numbered cause of action have filed a proposed Disclosure Statement (Docket No. 125) and Plan of Reorganization (Docket No. 124). A hearing to consider the Disclosure Statement has been set for **September 3, 2025, at 11:00 A.M.** in Room 128, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102 and/or by WebEx. Judge Mullin's WebEx information is below.

**For WebEx Video Participation/Attendance:**
Link: https://us-courts.webex.com/meet/mullin
**For WebEx Telephonic Only Participation/Attendance:**
Dial-In: 1.650.479.3207
Meeting ID: 2310-650-8783

The deadline for filing objections to the disclosure statement, if any, shall be **August 29, 2025**.

The bankruptcy rules prohibit the solicitation of acceptance or rejection of a plan pending the approval of a disclosure statement. Because of these provisions, you are not being sent a copy of those documents at this time unless you have already registered for the Court's electronic court filing notices. You may receive a copy of the Plan or Disclosure Statement from the undersigned by contacting the undersigned using the information below. If a Disclosure Statement is approved, then you will receive a copy and be requested to vote in favor or against the Plan.

Respectfully submitted,

GRIFFITH, JAY & MICHEL, LLP

By:*/s/Mark J. Petrocchi*
    Mark J. Petrocchi
State Bar No. 15851750
2200 Forest Park Blvd.
Fort Worth, TX  76110
Phone (817) 926-2500
Fax (817) 926-2505
mpetrocchi@lawgjm.com
COUNSEL FOR THE DEBTORS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused a true and correct copy of the above and foregoing document to be served upon those parties registered on the ECF filing system of the court on this 25th day of July 2025.

*/s/Mark J. Petrocchi*
Mark J. Petrocchi