Mark J. Petrocchi
State Bar No. 15851750
GRIFFITH, JAY & MICHEL, LLP
2200 Forest Park Blvd.
Fort Worth, TX  76110
Phone (817) 926-2500
Fax (817) 926-2505
mpetrocchi@lawgjm.com
COUNSEL FOR COWTOWN BUS CHARTERS, INC.
AND COWTOWN TRANSPORTATION COMPANY, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| IN Re: | § | |
|---|---|---|
| | § | |
| COWTOWN BUS CHARTERS, INC. | § | Jointly Administered Under Case |
| and | § | No. 24-43242-mxm11 |
| COWTOWN TRANSPORTATION | § | |
| COMPANY, LLC | § | |
| | § | |
| Debtor(s) | § | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused a true and correct copy of the Notice of Hearing (Docket No. 127) attached hereto as Exhibit A respectively to be mailed upon those parties listed on the attached mailing matrix via First Class United States Mail on the 28th day of July 2025.

Respectfully submitted,
GRIFFITH, JAY & MICHEL, LLP

By:*/s/Mark J. Petrocchi*
Mark J. Petrocchi
State Bar No. 15851750
2200 Forest Park Blvd.
Fort Worth, TX  76110
Phone (817) 926-2500
Fax (817) 926-2505
mpetrocchi@lawgjm.com
COUNSEL FOR THE DEBTORS