Mark J. Petrocchi
State Bar No. 15851750
GRIFFITH, JAY & MICHEL, LLP
2200 Forest Park Blvd.
Fort Worth, TX 76110
Phone (817) 926-2500
Fax (817) 926-2505
mpetrocchi@lawgjm.com
COUNSEL FOR COWTOWN BUS CHARTERS, INC.
AND COWTOWN TRANSPORTATION COMPANY, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN Re: | § | |
| | § | |
| COWTOWN BUS CHARTERS, INC. | § | Jointly Administered Under Case |
| and | § | No. 24-43242-mxm11 |
| COWTOWN TRANSPORTATION | § | |
| COMPANY, LLC | § | |
| | § | |
| Debtor(s) | § | |

## AFFIDAVIT OF BRENDA CROSS

STATE OF TEXAS §      KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF TARRANT §

BEFORE ME, the undersigned authority, on this day personally appeared Brenda Cross, who being by me first duly sworn, upon her oath stated to me to be the person whose name is subscribed below, and who, after first being duly sworn by me, upon her oath deposed and stated as follows:

1. "My name is Brenda Cross. I am the Vice President of Cowtown Bus Charters, Inc. I am over the age of 18 years, of sound mind, and capable of making this Affidavit and have personal knowledge of the facts stated herein which are true and correct.

2. "I have never been convicted of a felony or crime involving moral turpitude.

3. "The former principal of Cowtown Transportation Company, LLC, William Pippin, is deceased. This individual created the business and caused it to be recognized under the laws of the state of Texas.

4. "Cowtown Transportation Company, LLC never acquired its own federal tax ID number. Based upon the review of the documents of the company, Cowtown Transportation Company, LLC was treated for tax purposes as a part of Cowtown

Bus Charters, Inc. It appears that the transactions involving Cowtown Transportation Company, LLC were reported on the tax reporting of Cowton Bus Charters, Inc.

5.     "To the best of my knowledge, Cowtown Transportation Company, LLC has never filed a Form 720 Quarterly Federal Excise Tax Return and is not required to do so."

Executed this _19th_ day of ___August___ 2025.

_____

SUBSCRIBED AND SWORN to before me on this _19th_ day of _August_ 2025.

ANNA CAMARENA
Notary Public
State of Texas
ID # 13367412-0
My Comm. Expires 03-29-2026

_____
Notary Public, State of Texas
Printed Name: _Anna Camarena_
My Commission expires: _03-29-2026_

\#