Mark J. Petrocchi
State Bar No. 15851750
GRIFFITH, JAY & MICHEL, LLP
2200 Forest Park Blvd.
Fort Worth, TX  76110
Phone (817) 926-2500
Fax (817) 926-2505
mpetrocchi@lawgjm.com
COUNSEL FOR COWTOWN BUS CHARTERS, INC.
AND COWTOWN TRANSPORTATION COMPANY, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN Re: | § | |
| | § | |
| COWTOWN BUS CHARTERS, INC. | § | Jointly Administered Under Case |
| and | § | No. 24-43242-mxm11 |
| COWTOWN TRANSPORTATION | § | |
| COMPANY, LLC | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF WITHDRAWAL OF THE DISCLOSURE STATEMENT

COME NOW Cowtown Bus Charters, Inc., and Cowtown Transportation Company, LLC (collectively "Cowtown") and files this its Notice of Withdrawal of the Disclosure Statement.

1.      Cowtown does not notify parties in interest, including those that previously attended or participated in the prior Disclosure Statement hearing, of the Withdrawal of the pending Disclosure Statement. By this filing, Cowtown does withdraw the previously filed Disclosure Statement (Doc. 125).

Respectfully submitted,


By:*/s/ Mark J. Petrocchi*
        Mark J. Petrocchi
State Bar No. 15851750
GRIFFITH, JAY & MICHEL, LLP
2200 Forest Park Blvd.

Fort Worth, TX 76110
Phone (817) 926-2500
Fax (817) 926-2505
mpetrocchi@lawgjm.com
COUNSEL FOR THE DEBTORS


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 6th day of October 2025 he caused the foregoing document to be served upon all parties registered on the ECF filing system of the Court.

/s/Mark J. Petrocchi
MARK J. PETROCCHI